# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Misty Meier, on behalf of her minor child G. C-M., and Jane Doe, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>Netgain Technology, LLC.,<br><br>                Defendant. | Case No. 21-cv-1210 (SRN/LIB)<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

On June 8, 2021, the parties filed a Stipulation for Extension of Time to Answer or Otherwise Respond [Docket No. 12]. Based upon review of the files and for good cause shown,

**IT IS HEREBY ORDERED** that

1. The parties' Stipulation for Extension of Time to Answer or Otherwise Respond [Docket No. 12] is APPROVED; and

2. The Defendant shall answer or otherwise respond to the Complaint by August 16, 2021.


DATED: June 9, 2021                            s/Leo I. Brisbois
                                                      Hon. Leo I. Brisbois
                                                      U.S. MAGISTRATE JUDGE