# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MISTY MEIER, on behalf of her minor child G.C-M., and JANE DOE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>  Defendant. | Case No. 0:21-cv-01210 (SRN-LIB) |
| SUSAN M. REICHERT, on behalf of herself individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>  Defendant. | Case No. 0:21-cv-01300 (ECT-LIB) |
| MARK KALLING, on behalf of himself individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>  Defendants. | Case No. 0:21-cv-01368 (NEB-LIB) |

560290.1

| | |
|---|---|
| SHERMAN MOORE, on behalf of himself individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>Defendants. | Case No. 0:21-cv-01421 (MJD-LIB) |

# PLAINTIFFS' JOINT MOTION UNOPPOSED BY DEFENDANT FOR CONSOLIDATION OF RELATED ACTIONS

Pursuant to Federal Rules of Civil Procedure 42(a) and Judicial Orders for Reassignment of Related Cases, Plaintiffs in the above-captioned actions respectfully jointly move to consolidate three class actions now pending before this Court:

- *Misty Meier v. Netgain Technology, LLC*, Case No. 0:21-cv-01210 (SRN-LIB) ("*Meier*") filed on May 13, 2021;

- *Susan M. Reichert v. Netgain Technology, LLC*, No. 0:21-cv-01300 (ECT-LIB) ("*Reichert*") filed on May 28, 2021;

- *Mark Kalling v. Netgain Technology, LLC*, No. 0:21-cv-01368 (NEB-LIB) ("*Kalling*") filed on June 9, 2021;

- *Sherman Moore v. Netgain Technology LLC*, No. 0:21-cv-1421 (MJD-LIB) ("*Moore*") filed on June 17, 2021; and

to adjourn all deadlines for all Defendants to file a responsive pleading until Plaintiffs' Court-appointed interim leadership files a Consolidated Complaint and an appropriate responsive pleading schedule is established.

This Motion is based upon the Memorandum of Law filed contemporaneously herewith, and upon all the files, records, and proceedings in this matter.

Dated:  June 21, 2021                 /s/ Kate M. Baxter-Kauf
Karen Hanson Riebel (MN # 0219770)
Kate M. Baxter-Kauf (MN # 392037)
Maureen Kane Berg (MN # 033344X)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

Gayle M. Blatt, (*Pro Hac Vice*)
Patricia Camille Guerra (*Pro Hac Vice*)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com
camille@cglaw.com
*Counsel for Plaintiff Meier and the Proposed Class*

Bryan L. Bleichner (MN #0326689)
Jeffrey D. Bores (MN#227699)
Christopher P. Renz (MN #0313415)
CHESTNUT CAMBRONNE PA
100 Washington Ave. South, Suite 1700
Minneapolis, MN 55401
Telephone:  (612) 339-7300
Facsimile:   (612) 336-2940
bbleichner@chestnutcambronne.com
jbores@chestnutcambronn.com
crenz@chestnutcambronne.com

Nathan D. Prosser (MN #0329745)
Anne T. Regan (MN #0333852)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street

Edina, MN 55439
Telephone:  (952) 941-4005
Facsimile:   (952) 941-2337
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Terence R. Coates (*Pro Hac Vice*)
Justin C. Walker (*Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone:  (513) 651-3700
Facsimile:   (513) 665-0219
bmarkovits@msdlegal.com
tcoates@msdlegal.com
*Counsel for Plaintiff Reichert and the Proposed Class*


Daniel E. Gustafson (MN #202241)
Amanda M. Williams (MN #341691)
David A. Goodwin (MN #386715)
Mickey L. Stevens (MN #398549)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  (612) 333-8844
Facsimile:   (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

Nicholas A. Migliaccio (*Pro Hac Vice* anticipated)
Jason S. Rathod (*Pro Hac Vice* anticipated)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Telephone:  (202) 470-3520
Facsimile:   (202) 800-2730

nmigliaccio@classlawdc.com
jrathod@classlawdc.com
*Counsel for Plaintiff Kalling and the Proposed Class*

Brian C. Gudmundson (MN #336695)
Michael J. Laird (MN #398436)
Rachel K. Tack (MN #399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com
*Counsel for Plaintiff Moore and the Proposed Class*