# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MISTY MEIER, on behalf of her minor child G.C-M., and JANE DOE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>      Defendant. | Case No. 0:21-cv-01210 (SRN-LIB) |
| SUSAN M. REICHERT, on behalf of herself individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>      Defendant. | Case No. 0:21-cv-01300 (ECT-LIB) |
| MARK KALLING, on behalf of himself individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>      Defendants. | Case No. 0:21-cv-01368 (NEB-LIB) |

| | |
|---|---|
| SHERMAN MOORE, on behalf of himself individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETGAIN TECHNOLOGY, LLC,<br><br>Defendants. | Case No. 0:21-cv-01421 (MJD-LIB) |

## NOTICE OF HEARING ON PLAINTIFFS' JOINT MOTION UNOPPOSED BY DEFENDANT FOR CONSOLIDATION OF RELATED ACTIONS

**PLEASE TAKE NOTICE** that Plaintiffs' Joint Motion Unopposed by Defendant for Consolidation of Related Actions will be heard by the Court on August 3, 2021 at 1:30 p.m. before Magistrate Judge Leo I. Brisbois in Courtroom 3, United States District Court, Duluth Courthouse, 515 West 1st Street, Duluth, MN 55802-1397.

Dated:  June 21, 2021 　　　　　　　　/s/ Kate M. Baxter-Kauf
　　　　　　　　　　　　　　　　　　Karen Hanson Riebel (MN # 0219770)
　　　　　　　　　　　　　　　　　　Kate M. Baxter-Kauf (MN # 392037)
　　　　　　　　　　　　　　　　　　Maureen Kane Berg (MN # 033344X)
　　　　　　　　　　　　　　　　　　**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
　　　　　　　　　　　　　　　　　　100 Washington Ave. South, Suite 2200
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　Telephone: (612) 339-6900
　　　　　　　　　　　　　　　　　　Facsimile: (612) 339-0981
　　　　　　　　　　　　　　　　　　khriebel@locklaw.com
　　　　　　　　　　　　　　　　　　kmbaxter-kauf@locklaw.com
　　　　　　　　　　　　　　　　　　mkberg@locklaw.com

Gayle M. Blatt, (*Pro Hac Vice*)
Patricia Camille Guerra (*Pro Hac Vice*)
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com
camille@cglaw.com
*Counsel for Plaintiff Meier and the Proposed Class*

Bryan L. Bleichner (MN #0326689)
Jeffrey D. Bores (MN#227699)
Christopher P. Renz (MN #0313415)
CHESTNUT CAMBRONNE PA
100 Washington Ave. South, Suite 1700
Minneapolis, MN 55401
Telephone:  (612) 339-7300
Facsimile:   (612) 336-2940
bbleichner@chestnutcambronne.com
jbores@chestnutcambronn.com
crenz@chestnutcambronne.com

Nathan D. Prosser (MN #0329745)
Anne T. Regan (MN #0333852)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone:  (952) 941-4005
Facsimile:   (952) 941-2337
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Terence R. Coates (*Pro Hac Vice*)
Justin C. Walker (*Pro Hac Vice*)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone:  (513) 651-3700

Facsimile: (513) 665-0219
bmarkovits@msdlegal.com
tcoates@msdlegal.com
*Counsel for Plaintiff Reichert and the Proposed Class*


Daniel E. Gustafson (MN #202241)
Amanda M. Williams (MN #341691)
David A. Goodwin (MN #386715)
Mickey L. Stevens (MN #398549)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com
mstevens@gustafsongluek.com

Nicholas A. Migliaccio (*Pro Hac Vice* anticipated)
Jason S. Rathod (*Pro Hac Vice* anticipated)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington, DC 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
*Counsel for Plaintiff Kalling and the Proposed Class*

Brian C. Gudmundson (MN #336695)
Michael J. Laird (MN #398436)
Rachel K. Tack (MN #399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400

       Facsimile: (612) 341-0844
       brian.gudmundson@zimmreed.com
       michael.laird@zimmreed.com
       rachel.tack@zimmreed.com
       ***Counsel for Plaintiff Moore and the Proposed Class***