UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NETGAIN TECHNOLOGY, LLC, CONSUMER DATA BREACH LITIGATION | Court File No. 21-cv-1210 (SRN/LIB) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, hereby move this Court for entry of an Order: (1) certifying the Settlement Class for purposes of settlement; (2) appointing Plaintiffs Misty Meier (o.b.o. her minor child G.C-M.), Jane Doe, Susan M. Reichert, Robert Smithburg, Thomas Lindsay and Robin Guertin as representatives of the Settlement Class; (3) appointing the undersigned counsel as Settlement Class Counsel; (4) granting preliminary approval of the proposed Settlement; (5) approving the proposed form and manner of notice to the Settlement Class; (6) directing that the notice to the Settlement Class be disseminated by Settlement Administrator, CPT Group, Inc., in the manner described in the Settlement Agreement and in the Declaration of Julie Green;  (7) establishing a deadline for Settlement Class members to request exclusion from the Settlement Class or file

objections to the Settlement; and (8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

This Motion is based on the record in this case as well as: (1) Plaintiffs' Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Notice Plan; (2) the Declaration of Christopher P. Renz in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Notice Plan and attached exhibits; (3) the Declaration of Julie Green with Respect to Settlement Notice Plan; and (4) the Proposed Preliminary Approval Order that are served and filed herewith, as well as any additional materials or argument that may be presented to the Court.

                                      **CHESTNUT CAMBRONNE PA**

Dated: May 9, 2025        By: *s/ Christopher P. Renz*
                                        Bryan L. Bleichner (#0326689)
                                        Jeffrey D. Bores (#227699)
                                        Christopher P. Renz (#0313415)
                                        100 Washington Avenue S, Suite 1700
                                        Minneapolis, MN 55401
                                        Telephone: (612) 339-7300
                                        bbleichner@chestnutcambronne.com
                                        jbores@chestnutcambronne.com
                                        crenz@chestnutcambronne.com

                                        Gayle M. Blatt (*pro hac vice*)
                                        **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
                                        110 Laurel Street
                                        San Diego, CA 92101
                                        Phone: (619) 238-1811
                                        gmb@cglaw.com

Brian C. Gudmundson (#336695)
Michael L. Laird (#398436)
Rachel K. Tack (#399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Interim Co-Lead Counsel*

Kate M. Baxter-Kauf (#0392037)
Karen Hanson Riebel (#0219770)
Maureen Kane Berg (#033344X)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
mkberg@locklaw.com

*Chair of the Interim Executive Committee*

Nathan D. Prosser (#0329745)
Anne T. Regan (#0333852)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Terence R. Coates (*pro hac vice* anticipated)
Justin Walker (*pro hac vice* anticipated)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com

Nicholas A. Migliaccio (*pro hac vice* anticipated)
Jason S. Rathod (*pro hac vice* anticipated)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

4

Raina C. Borrelli (#392127)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com

*Interim Executive Committee*