## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: NETGAIN TECHNOLOGY, LLC, CONSUMER DATA BREACH LITIGATION** | Court File No. 21-cv-1210 (SRN/LIB)<br><br>**PLAINTIFFS' MEET AND CONFER STATEMENT PURSUANT TO D. MINN. LR 7.1(a)** |

Pursuant to D. Minn. LR 7.1(a)(1), the undersigned counsel for Plaintiffs hereby certifies that between May 6-9, 2025, Plaintiffs, through counsel, met and conferred with counsel for Defendant regarding Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Defendant does not oppose any part of Plaintiffs' motion.

                                        **CHESTNUT CAMBRONNE PA**

Dated: May 9, 2025          By: _s/ Christopher P. Renz_
                                            Bryan L. Bleichner (#0326689)
                                            Jeffrey D. Bores (#227699)
                                            Christopher P. Renz (#0313415)
                                            100 Washington Avenue S, Suite 1700
                                            Minneapolis, MN 55401
                                            Telephone: (612) 339-7300
                                            bbleichner@chestnutcambronne.com
                                            jbores@chestnutcambronne.com
                                            crenz@chestnutcambronne.com

                                            Gayle M. Blatt (*pro hac vice*)
                                            **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
                                            110 Laurel Street
                                            San Diego, CA 92101
                                            Phone: (619) 238-1811
                                            gmb@cglaw.com

Brian C. Gudmundson (#336695)
Michael L. Laird (#398436)
Rachel K. Tack (#399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Interim Co-Lead Counsel*

Kate M. Baxter-Kauf (#0392037)
Karen Hanson Riebel (#0219770)
Maureen Kane Berg (#033344X)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
mkberg@locklaw.com

*Chair of the Interim Executive Committee*

Nathan D. Prosser (#0329745)
Anne T. Regan (#0333852)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Terence R. Coates (*pro hac vice* anticipated)
Justin Walker (*pro hac vice* anticipated)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com

Nicholas A. Migliaccio (*pro hac vice* anticipated)
Jason S. Rathod (*pro hac vice* anticipated)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

3

Raina C. Borrelli (#392127)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com

*Interim Executive Committee*