**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE: NETGAIN TECHNOLOGY, LLC, CONSUMER DATA BREACH LITIGATION* | Court File No. 21-cv-1210 (SRN/LIB)<br><br>CLASS ACTION<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiffs Misty Meier (o.b.o. her minor child G.C-M.), Jane Doe, Susan M. Reichert, Robert Smithburg, Thomas Lindsay, and Robin Guertin (collectively, "Plaintiffs"), hereby move for an order granting their motion for final approval of class action settlement, pursuant to Fed. R. Civ. P. 23(e).

This motion is based on all the files, records, and proceedings herein, Plaintiffs' memorandum of law in support of this motion, Plaintiffs' proposed order, and accompanying declarations.

Dated: September 30, 2025                    Respectfully submitted,


                                             */s/ Kate M. Baxter-Kauf*
                                             Kate M. Baxter-Kauf (#0392037)
                                             Karen Hanson Riebel (#0219770)
                                             Maureen Kane Berg (#033344X)
                                             **LOCKRIDGE GRINDAL NAUEN PLLP**
                                             100 Washington Ave. South, Suite 2200
                                             Minneapolis, MN 55401
                                             Telephone: (612) 339-6900
                                             kmbaxter-kauf@locklaw.com
                                             khriebel@locklaw.com
                                             mkberg@locklaw.com

                                             ***Chair of the Interim Executive Committee***

                                             Bryan L. Bleichner (#0326689)
                                             Jeffrey D. Bores (#227699)
                                             Christopher P. Renz (#0313415)
                                             **CHESTNUT CAMBRONNE PA**
                                             100 Washington Avenue S, Suite 1700
                                             Minneapolis, MN 55401
                                             Telephone: (612) 339-7300
                                             bbleichner@chestnutcambronne.com
                                             jbores@chestnutcambronne.com
                                             crenz@chestnutcambronne.com

                                             Gayle M. Blatt (*pro hac vice*)
                                             **CASEY GERRY SCHENK FRANCAVILLA
                                             BLATT & PENFIELD, LLP**
                                             110 Laurel Street
                                             San Diego, CA 92101
                                             Phone: (619) 238-1811
                                             gmb@cglaw.com

2

Brian C. Gudmundson (#336695)
Michael L. Laird (#398436)
Rachel K. Tack (#399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Interim Co-Lead Counsel*

Nathan D. Prosser (#0329745)
Anne T. Regan (#0333852)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Terence R. Coates (*pro hac vice* anticipated)
Justin Walker (*pro hac vice* anticipated)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com

3

Nicholas A. Migliaccio (*pro hac vice* anticipated)
Jason S. Rathod (*pro hac vice* anticipated)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Raina C. Borrelli (#392127)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com

*Interim Executive Committee*

4