**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *IN RE: NETGAIN TECHNOLOGY, LLC, CONSUMER DATA BREACH LITIGATION* | Court File No. 21-cv-1210 (SRN/LIB)<br><br>CLASS ACTION<br><br>**NOTICE OF HEARING FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that on October 30, 2025, at 9:30 a.m. in Courtroom 7B before the Honorable Susan Richard Nelson, United States District Court Judge, United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota Plaintiffs will move for an order pursuant to Fed. R. Civ. P. 23(e): finally certifying the proposed Settlement Class for settlement purposes pursuant to Federal Rule of Civil Procedure 23; finally approving the Settlement as fair, reasonable and adequate in accordance with the Settlement's terms, including dismissing all claims in the Consolidated Class Action Complaint and Litigation; concluding that the Settlement Class Members should be bound by the releases set forth in the Settlement; entering Judgment pursuant to the Settlement; and ordering any other relief the Court deems just and necessary.

The motion is based on all the files, records, and proceedings herein, Plaintiffs' memorandum of law in support of this motion, Plaintiffs' proposed order, and accompanying declarations.

Dated: September 30, 2025          Respectfully submitted,

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (#0392037)
Karen Hanson Riebel (#0219770)
Maureen Kane Berg (#033344X)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
mkberg@locklaw.com

***Chair of the Interim Executive Committee***

Bryan L. Bleichner (#0326689)
Jeffrey D. Bores (#227699)
Christopher P. Renz (#0313415)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chestnutcambronne.com
jbores@chestnutcambronne.com
crenz@chestnutcambronne.com

Gayle M. Blatt (*pro hac vice*)
**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Phone: (619) 238-1811
gmb@cglaw.com

2

Brian C. Gudmundson (#336695)
Michael L. Laird (#398436)
Rachel K. Tack (#399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Interim Co-Lead Counsel*

Nathan D. Prosser (#0329745)
Anne T. Regan (#0333852)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
nprosser@hjlawfirm.com
aregan@hjlawfirm.com

Terence R. Coates (*pro hac vice* anticipated)
Justin Walker (*pro hac vice* anticipated)
**MARKOVITS, STOCK & DEMARCO, LLC**
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

3

Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
David A. Goodwin (#386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com

Nicholas A. Migliaccio (*pro hac vice* anticipated)
Jason S. Rathod (*pro hac vice* anticipated)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Raina C. Borrelli (#392127)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com

*Interim Executive Committee*