**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: NETGAIN TECHNOLOGY, LLC, CONSUMER DATA BREACH LITIGATION | **Court File No. 21-cv-1210 (SRN/LIB)** |

**DECLARATION OF JENNIFER FORST ON BEHALF OF CPT GROUP, INC.**

**REGARDING SETTLEMENT ADMINISTRATION AND IN SUPPORT OF**

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**

I, Jennifer Forst, declare and state as follows:

1. I am a Supervising Case Manager for CPT Group, Inc. ("CPT"), the Settlement Administrator jointly agreed upon by the Parties and approved by the Court *In re Netgain Technology, LLC Consumer Data Breach Litigation*. The following statements are based on my personal knowledge, information provided to me by counsel for the Parties, by other CPT employees working on this matter, and records of CPT generated and maintained in the usual course of its business. If called on to do so, I could and would testify competently thereto. I submit this declaration in support of the Parties' Motion for Final Approval of Class Action Settlement.

2. CPT has extensive experience in providing notice of class actions and administering class action settlements. In the past 30-plus years, we have provided notification and/or settlement administration services in thousands of class action cases.

**SUMMARY OF ADMINISTRATIVE DUTIES**

3. As the Settlement Administrator in this matter, CPT was tasked with providing claims administration services as outlined in the Parties' Class Action Settlement Agreement and Release ("Settlement Agreement"). These responsibilities include, but are not limited to, the following: (a) Implementing the Notice Plan preliminarily approved by the Court on May 19, 2025; (b) Establishing and maintaining a dedicated Settlement Website, which includes links to the Court-approved documents, allows online submission of claims, and provides up-to-date

---

[1] ClaimScore is a legal technology company that provides complex data analysis and pattern recognition services that assist claims administrators in identifying fraudulent claims in class action settlements. Their proprietary advanced AI analysis incorporates real-time pattern recognition, multi-source data enrichment, and intelligent rule-weighting informed by machine learning. ClaimScore provides informed recommendations on claim validity where each claim is individually evaluated based on a 65+ point expert-system artificial intelligence algorithm.

1

information regarding the case; (c) Establishing and maintaining a dedicated 24-hour toll-free support line with Interactive Voice Response (IVR) capabilities; (d) Receiving/processing other communications about the Settlement such as questions about the claims process, Requests for Exclusion, and Objections; (e) Reviewing and determining the validity of submitted Claim Forms; (f) Preparing reports and summaries regarding the notice and claims process for the Parties and the Court; (g) Establishing and maintaining the Settlement Fund; (h) Calculating and distributing Settlement amounts to Class Members, Class Representatives and Attorneys, while ensuring compliance with tax obligations; (i) Handling any uncashed payments as directed by the court; (j) Performing other tasks as set forth in the Preliminary Approval Order, the Settlement Agreement, or as the Parties mutually agree to or that the Court orders.

## CAFA NOTICE

4.  On May 16, 2025, in compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b), CPT sent notification to the United States Attorney General, and the Attorney Generals in all 50 states and US territories.

## SETTLEMENT FUND

5.  On May 29, 2025, CPT established an interest-bearing account for the Settlement Fund. On June 3, 2025, a wire deposit was received by Defendant into the account for the initial funding of $195,000.00. Subsequently, on June 22, 2025, CPT reimbursed itself $137,650.00 for initial costs associated to the Notice Program. On July 10, 2025, CPT reimbursed itself $40,874.00 representing the remaining costs associated with the media campaign.

## SETTLEMENT WEBSITE

6.  CPT launched a dedicated Settlement Website (www.NetgainClassActionSettlement.com) prior to the Notice Program start date of June 19, 2025. The website was optimized for mobile users and maximum search engine optimization through keywords and metadata to increase search engine rankings.

7.  The site includes a Court Documents page with downloadable case materials, including the Complaint, Settlement Agreement, Preliminary Approval Order, Long Form Notice in English and Spanish, and Claim Form in English and Spanish, Motion for Attorneys' Fees, Litigation Expenses and Services Awards, Memorandum of Law in Support of Settlement Class Counsel's Application for Attorneys' Fees, Litigation Expenses and Service Awards, Declaration of Brian C. Gudmundson in Support of Class Counsel's Application for Attorneys' Fees, Litigation Expenses and Service Awards and Order Granting Class Counsel's Application for for Attorneys' Fees, Litigation Expenses and Service Awards  . True and correct copies of the Long

Form Notice and Claim Form are attached as **Exhibits A and B**, respectively. During the response period (June 19–September 17, 2025), Class Members could submit Claim Forms electronically via the site

8. Additionally, the Settlement Website includes an Important Dates page listing key deadlines for submitting a Claim Form, Request for Exclusion, Objection to the Settlement, and Objection to the Fee Petition and Motion for Final Approval. The Final Approval Hearing date and time is also listed.

9. As of the date of this declaration, the website has received approximately 2,100,000 page views and 1,400,000 unique visitors. CPT will continue to update the site with relevant documents, including the Final Approval Order and Judgment if issued by the Court.

### TOLL-FREE NUMBER

10. CPT established a 24-hour toll-free number (1-888-678-2591) prior to June 19, 2025, featuring interactive voice recognition ("IVR") Frequently Asked Questions ("FAQs") The number is listed in several places on the Settlement Website and the media campaign outlets. As of this declaration, the toll-free number has received 68 calls.

### CASE-SPECIFIC EMAIL ADDRESS

11. CPT established a dedicated case email (NetgainClassActionSettlement@cptgroup.com), listed in several places on the Settlement Website and the media campaign outlets. The email address was used to communicate with individuals on case-related requests. As of this declaration, the case inbox has received 478 emails.

### MEDIA CAMPAIGN

12. **Digital Notice Program:** On June 19, 2025, CPT, in collaboration with its strategic partner, implemented a 45-day digital advertising campaign. This campaign included programmatic display advertising on Google Display Network (GDN) accessible through desktop and mobile devices. It also featured paid search ads in English and Spanish using sponsored links on Google AdWords and Bing Ads. Additionally, a social media campaign delivered advertisements through Meta Ad Exchange platform (Facebook and Instagram), as well as, YouTube's online video platform. The banner ads contained an embedded hyperlink that provided access to the Settlement Website when clicked. The digital media portion of the notice program concluded on August 2, 2025 and served a total of 20,435,280 viewable impressions on mobile and desktop displays prompting 104,635 clicks to view the settlement website. Attached hereto as **Exhibit C** are true and correct copies of the final banner advertisements.

13. **Informational Press Releases:** On June 19, 2025, CPT distributed an informative press release in English via PR Newswire US1 National Newsline and in Spanish via the National Hispanic Newsline in Spanish. The press release campaign reached a wide audience, with distribution to 900 associated press outlets and 1,400 influencers, driving a potential reach to approximately 134,500,000 million individuals. This resulted in 17,662 views of the press release and 168 click-throughs to the website. Attached as **Exhibit D** is a true and correct copy of the press release in English and Spanish. The reach of this media campaign, including the Digital Notice Program and the Informational Press Releases met with our expectations for the program  in terms of the reach of the impressions and likely saturation of the market, and we believe it reached the requisite portion of class members to constitute the best notice practicable for the circumstances.

SUMMARY OF NOTICE PLAN

14. According to the Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, "a reasonable reach is between 70-95% with a median reach on approved notice plans at 87%." With Counsel's guidance, CPT's goal was to reach approximately 80% of the Target Audience with a frequency of 2.5-3X over 45-days.

15. CPT achieved its reach goal  through targeted digital internet banner advertisements, paid keyword search on Google & Bing, and social media and online video advertisement campaigns on Facebook, Instagram, and YouTube. These tactics were also supplemented by a press release, settlement website, email and call center support.

16. In summary, the Notice Plan was successfully and timely implemented on June 19, 2025, and completed on August 2, 2025, in compliance with the parties' Settlement Agreement and the Court's Preliminary Approval Order.

CLAIMS ADMINISTRATION AND ANALYSIS

17. The deadline for Class Members to submit a Claim Form was September 17, 2025. During the claims period (June 19–September 17, 2025), CPT received a total of 704,440 claim submissions, which is much higher than anticipated for this class size.

18. Fraudulent, bot-like and/or otherwise suspicious claim submissions are common in cases with no class list and where the claim form is open to the public. We also know this to be typical in other claims administrators' experience on similar cases. To address this, CPT took initial steps to discourage fraudulent submissions, such as utilizing Google's reCAPTCHA during submission, interaction monitoring, and detailed logging to help distinguish between humans and bots. On the backend, we gather various data points, including IP addresses,

submission timestamps, and contact information (name, email address, mailing address), that assist in identifying patterns that indicate automated or high-risk submissions. The design of the claim form is also critical, as gathering more unique information from claimants provides additional data points for validation. To assess the claim submissions for suspicious anomalies and fraud review, CPT collaborated with ClaimScore[1] to perform a comprehensive fraud analysis. I am familiar with ClaimScore's methodology from its collaboration with CPT. ClaimScore analyzes the numerous inputs CPT obtains from claimants and assigns each claim a maximum score of 1,000. ClaimScore then deducts points when they encounter a red flag while verifying the inputs. When the score goes below 700 the claim is deemed invalid. ClaimScore designed this system specifically with 700 being the threshold and the confidence of the results attaches to this threshold. Claims that are below this threshold have a 99.9% probability of being invalid, while claims above the threshold have a 99.9% probability of being valid. This is true even for those claims only a few points below the 700-point threshold. Below the threshold, we observe additional patterns of fraudulent domains, invalid emails, and synthetic identities. Claims that are below 700, but are only within a few points of the threshold, are more closely scrutinized with additional criteria being applied.

19. As of the date of this declaration, ClaimScore has evaluated 599,064 of the total claims submissions. The remaining 105,376 claims were received after the initial ClaimScore review and will be evaluated now that the submission deadline has expired. Of the 599,064 claims assessed by ClaimScore, 4,026 are preliminarily approved as valid and 591,012 have been determined to be fraudulent and therefore, invalid. These include 35 claims for out-of-pocket expenses, 369,283 claims for lost time, and 221,726 claims for pro-rata payments. Next, CPT processed these claims through our validation process, which includes identifying duplicate submissions, as well as review of supporting documentation. Of the 4,026 valid claims, CPT identified 22 duplicate submissions. Therefore, as of the date of this declaration, CPT reports 4,004 valid claims. Of the 4,004 valid claims, 64 have claimed Documented Losses, 929 claimed Lost Time and 3,050 claimed the Alternative Cash Payment.

20. As a final validation step, CPT will utilize analysis from our digital payment vendor of records where a digital payment was selected and flagged as suspicious for reasons like foreign IP Address, international PayPal account, or IP state does not match the address state. Therefore, all validation results are still deemed preliminary until this final step is completed. CPT is prepared

to provide supplemental reporting to Counsel and to the Court as to our progress before, and at the Final Approval Hearing. CPT will set aside a percentage of the Settlement Fund, based on the final valid claim percentage, to ensure any claimants who successfully appeal or dispute their eligibility receive an award pursuant to the Settlement.

## **REQUESTS FOR EXCLUSION & OBJECTIONS**

21. The deadline for Class Members to request exclusion or file an Objection was September 2, 2025. As of this declaration, CPT has not received any Requests for Exclusion or Objections.

## **ADMINISTRATION FEES**

22. If the Court grants final approval, CPT will proceed with settlement administration in accordance with Settlement Agreement and Court order. CPT's costs for settlement administration of this matter are $425,000.00.

I declare under penalty of perjury under the laws of the United States and State of California that the foregoing is true and correct.

Executed on September 30, 2025, at Irvine, California.

*Jennifer Forst*
Jennifer Forst

# EXHIBIT A

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
**FOR PERSONS WHOSE PERSONAL OR HEALTH-RELATED INFORMATION MAY HAVE BEEN DISCLOSED TO AN UNAUTHORIZED THIRD PARTY THROUGH NETGAIN TECHNOLOGY, LLC'S ("NETGAIN") DATA BREACH BETWEEN SEPTEMBER 2020 AND NOVEMBER 2020.**

*In re Netgain Technology, LLC Consumer Data Breach Litigation*, **No. 21-cv-1210 (SRN/LIB) (D. Minn.)**

*A United States District Court authorized this Notice. This is not a solicitation from a lawyer.*

**THIS IS A NOTICE OF A PROPOSED SETTLEMENT OF A CLASS ACTION LAWSUIT. YOUR LEGAL RIGHTS ARE AFFECTED EVEN IF YOU DO NOTHING.**

**PLEASE READ THIS NOTICE CAREFULLY.**

**YOU MAY BE ENTITLED TO PARTICIPATE IN A CLASS ACTION SETTLEMENT BECAUSE YOUR PERSONAL AND HEALTH-RELATED INFORMATION MAY HAVE BEEN SHARED WITH THIRD PARTIES AS A RESULT OF A DATA BREACH THAT OCCURRED BETWEEN SEPTEMBER 2020 AND NOVEMBER 2020.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM BY SEPTEMBER 17, 2025** | You must timely submit a Claim Form either via U.S. mail or online to receive Settlement benefits. |
| **DO NOTHING** | You will not receive Settlement benefits, but you will still be bound by the Settlement. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT BY SEPTEMBER 2, 2025** | You will receive no Settlement benefits, but you will retain any legal claims you may have against Netgain. |
| **OBJECT BY SEPTEMBER 2, 2025** | File with the Court a written objection to the Settlement, at the address below, about why you do not like the Settlement. You must remain in the Settlement Class to object to the Settlement and will still be bound by the Settlement if the Court approves it. |
| **GO TO THE FINAL APPROVAL HEARING ON OCTOBER 30, 2025 AT 9:30 AM** | Ask to speak in Court about the fairness of the Settlement. You do not need to attend the hearing to object to the Settlement, or to receive Settlement benefits. If you have filed a timely and valid written objection, the Court will consider it. |

*QUESTIONS? VISIT WWW.NETGAINCLASSACTIONSETTLEMENT.COM*

## 1. What is this Notice?

This is a court-authorized Long-Form Notice of a proposed Settlement (the "Settlement") of a class action lawsuit (the "Litigation"), *In re Netgain Technology, LLC, Consumer Data Breach Litigation* Case No. 21-cv-1210 (SRN/LIB), pending in the United States District for the District of Minnesota (the "Court"). The Settlement would resolve the Litigation that arose on September 23, 2021, after a class action complaint was filed indicating that Netgain Technology, LLC's ("Netgain" or "Defendant") data environment was accessed by an unauthorized third party resulting in certain personal or health-related information being disclosed to that third party (the "Data Incident"). The Court granted Preliminary Approval of the Settlement Agreement and conditionally certified the Settlement Class for purposes of Settlement only. This Long-Form Notice explains the nature of the Litigation, the terms of the Settlement Agreement, and the legal rights and obligations of members of the Settlement Class. Please read the instructions and explanations below carefully so that you can better understand your legal rights. The Settlement Administrator in this case is CPT Group, Inc.

## 2. What is this Notice about?

You may have received a previous notification regarding the Data Incident from either Netgain or a different third party referencing the Data Incident. This Notice is to provide those persons whose personal or health-related information may have been shared with a third party because of Netgain's Data Incident between September 2020 and November 2020 notice of their rights and benefits relating to this Settlement.

## 3. What is this lawsuit about?

Netgain is a service provider who externally manages IT and cloud computing services for companies primarily in the healthcare and accounting industries. In the course of its business, Netgain received and stored personally identifiable information and private health information of the Plaintiffs and Settlement Class Members.

Plaintiffs and the Settlement Class Members allege that the data incident occurred between September 2020 and November 2020 when an unauthorized individual accessed Netgain's computer systems and accessed certain personal or health-related information.

## 4. Why is this a class action?

A class action is a lawsuit in which an individual called a "Class Representative" brings a single lawsuit on behalf of other people who have similar claims. In a class action settlement, all of these people together are a "Settlement Class" or "Settlement Class Members." When a class action is settled, the Settlement, which must be approved by the Court, resolves the claims for all Settlement Class Members, except for those who exclude themselves from the Settlement.

## 5. Why is there a settlement?

To resolve this matter without the further expense, delay, and uncertainties of protracted litigation, the Parties reached a Settlement that, if approved by the Court, would resolve all claims brought on behalf of the Settlement

Class related to the Data Incident. If approved by the Court, the Settlement Agreement requires Netgain to provide cash compensation to Settlement Class Members who submit valid and timely Claim Forms. The Settlement is not an admission of wrongdoing by Netgain and does not imply that there has been, or would be, any finding that Netgain violated the law. The Court overseeing the Litigation has not determined that Netgain did anything wrong.

The Court already has preliminarily approved the Settlement Agreement. Nevertheless, because the settlement of a class action determines the rights of all members of the Settlement Class, the Court overseeing this Litigation must give final approval to the Settlement Agreement before it can be effective. The Court has conditionally certified the Settlement Class for settlement purposes only, so that members of the Settlement Class may be given notice and the opportunity to exclude themselves from the Settlement Class or to voice their support or opposition to final approval of the Settlement Agreement. If the Court does not grant final approval to the Settlement Agreement, or if it is terminated by the Parties, then the Settlement Agreement will be void, and the Litigation will proceed as if there had been no settlement and no certification of the Settlement Class.

| **6. How do I know if I am a part of the Settlement?** |
| --- |

You are a member of the Settlement Class if you are a natural person, reside in the United States, and you are among the individuals who Netgain or another third party identified as potentially having their personal or health-related information disclosed to a third party between September 2020 and November 2020 ("Settlement Class").

Excluded from the Class are: (i) the officers and directors of Defendant and its affiliates, parents, and subsidiaries; (ii) any judge, justice, or judicial officer presiding over the Litigation and the members of their immediate families and judicial staff; (iii) any individual who timely and validly excludes themselves from the Settlement, and (iv) the successors or assigns of any such excluded natural persons. This exclusion does not apply, and should not be read to apply, to those employees of Defendant who receive notification from the Settlement Administrator regarding this Settlement Agreement.

## YOUR BENEFITS UNDER THE SETTLEMENT

| **7. What can I get from the Settlement?** |
| --- |

Settlement Class Members who file a valid and timely Claim Form may be eligible for the following Settlement benefits:

**Documented Ordinary Losses and Attested Time Spent** – Up to $5,000 for documented out-of-pocket unreimbursed expenses fairly traceable to the Data Incident and reimbursement for time spent remedying issues related to the Data Incident. Examples of Documented Ordinary Losses may include:

- Unreimbursed losses relating to fraud or identity theft;
- Out-of-pocket credit monitoring costs that were incurred on or after the Data Incident through the date of claim submission; or
- Unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.

This list of reimbursable documented out-of-pocket expenses is not meant to be exhaustive. Settlement Class Members may make claims for any documented unreimbursed out-of-pocket losses reasonably related to the Data Incident or for dealing with the effects of the Data Incident. The Claims Administrator shall have discretion to determine whether any claimed loss is reasonably related to the Data Incident. Settlement Class Members with Ordinary Losses must submit documentation supporting their claims. This may include receipts or other documentation not "self-prepared" by the claimant that documents the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but may be considered to add clarity or support to other submitted documentation.

Examples of Time spent may include:

- Changing passwords on potentially impacted accounts;
- Monitoring for or investigating suspicious activity on potentially impacted medical, financial, or other accounts;
- Contacting a financial institution or other provider to discuss suspicious activity;
- Signing up for identity theft or fraud monitoring; or
- Researching information about the Data Incident, its impact, or how to protect from harm due to the Data Incident.

Please Note: Claims for Attested Time Spent will be capped at 3 hours and $25.00 per hour. Claims for Documented Ordinary Losses and Attested Time Spent will be limited to $5,000 combined. All cash payments may be adjusted *pro rata* depending on the number of Class Members that participate in the Settlement.

**Alternative Cash Payment:** As an alternative to filing a Claim for reimbursement of Ordinary Losses and Attested Time Spent, you may submit a Claim to receive a *pro rata* (a legal term meaning equal share) payment from the net settlement fund, which is $1,900,000 minus payment of costs of the Settlement including costs of the Notice Program and Claims Administration, Attorneys' Fees and Expenses up to 33 1/3% of the Settlement Fund, Service Awards of up to $1,500 each to the Representative Plaintiffs, and payments for claims for Ordinary Losses and Attested Time Spent. N*ote that if the costs of the settlement, fees, awards, and claims exceed the Settlement Fund, individuals selecting this option may not receive any payment.*

***To receive Settlement benefits, you must submit a Claim Form by September 17, 2025***

| **8. When will I receive the benefits?** |
|---|

If you timely submit a valid Claim for a cash payment, you will receive payment in the amount approved by the Settlement Administrator once the Settlement is Final and has become effective.

| **9. I want to be a part of the Settlement. What do I do?** |
|---|

All Settlement Class Members are part of the Settlement unless they request to be excluded from it.  To submit a claim for cash compensation, you must timely submit the Claim Form on the Settlement Website at www.NetgainClassActionSettlement.com, or by mail to the Settlement Administrator

In re Netgain Technology, LLC, Consumer Data Breach Litigation

c/o CPT Group, Inc.

50 Corporate Park

Irvine, CA 92606

You must submit any claims by **September 17, 2025**. There can be only one (1) valid and timely Claim per Settlement Class Member.

| 10. What am I giving up if I remain in the Settlement? |
| --- |

By staying in the Settlement Class, you will give Netgain a "release," and all the Court's orders will apply to you and legally bind you. A release means you cannot sue or be part of any other lawsuit or other legal action against Netgain about or arising from the claims or issues in this Litigation that are released by this Settlement.

The precise terms of the release are in the Settlement Agreement, which is available on the Settlement Website. Unless you formally exclude yourself from this Settlement, you will release your claims. If you have any questions, you can talk for free to Settlement Class Counsel identified below who have been appointed by the Court to represent the Settlement Class, or you are welcome to talk to any other lawyer of your choosing at your own expense.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want to remain in the Settlement, and instead want to keep any legal claims you may have against Netgain, then you must take steps to exclude yourself from this Settlement.

| 11. How do I get out of the Settlement? |
| --- |

To exclude yourself from the Settlement, you must send a letter by mail stating that you want to be excluded from *In re Netgain Technology, LLC, Consumer Data Breach Litigation*, Case No. 21-cv-1210 (SRN/LIB) (D. Minn.) to the Settlement Administrator. Such notice must include: (1) the case name and number of the Litigation (*In re Netgain Technology, LLC, Consumer Data Breach Litigation*, Case No. 21-cv-1210 (SRN/LIB)); (2) your full name, address, and telephone number; (3) your personal and original signature; and (4) a written statement that you wish to be excluded from the Settlement. You may only request exclusion for yourself, and no one else can request exclusion for you. You must mail your exclusion request so that it is postmarked **no later than September 2, 2025**, to:

In re Netgain Technology, LLC Consumer Data Breach Litigation

c/o CPT Group, Inc.

50 Corporate Park

Irvine, CA 92606

**12. If I exclude myself, do I still receive benefits from this Settlement?**

No, if you submit an exclusion request, you will not receive anything from the Settlement, but you may sue Netgain over the claims raised in the Litigation.

# THE LAWYERS REPRESENTING THE SETTLEMENT CLASS

**13. Do I have a lawyer in this case?**

The Court has appointed the following attorneys to be the lead attorneys representing the Settlement Class as Settlement Class Counsel:

Zimmerman Reed, LLP
c/o Brian C. Gudmundson and Michael J. Laird and Rachel K. Tack
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400


Chestnut Cambronne PA
c/o Bryan L. Bleichner and Christopher P. Renz
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401-2138
(612) 339-7300


Casey Gerry Francavilla Blatt & Penfield, LLP
c/o Gayle M. Blatt
110 Laurel Street
San Diego, CA 92101
(612) 238-1811


If you want to be represented by your own lawyer, you may hire one at your own expense.

**14. How will the lawyers for the Settlement Class be paid?**

Settlement Class Counsel will be paid from the Settlement Fund. Settlement Class Counsel will seek Court approval to be paid reasonable attorneys' fees up to 33 1/3% of the Settlement Fund. Settlement Class Counsel will also ask the Court to approve Service Awards of up to $1,500 from the Settlement Fund for each of the Representative Plaintiffs for participating in this lawsuit and for their efforts in achieving the Settlement. The Court may award less than the amounts requested by Settlement Class Counsel.

Settlement Class Counsel's application for reasonable attorneys' fees and expenses, and the Service Award will be made available on the Settlement Website at www.NetgainClassActionSettlement.com before the deadline for you to comment or object to the Settlement.

## OBJECTING TO THE SETTLEMENT

**15. How do I tell the Court that I do not like the Settlement?**

If you are a Settlement Class Member, you can object to the Settlement, or some part of it, and the Court will consider your views. In order to object to the Settlement, you must submit a written objection (such as a letter or legal brief) to the Court stating that you object and the reasons why you think the Court should not approve some or all of the Settlement. The objection must be submitted by September 2, 2025, Your objection must include: (1) the case name and number of the Litigation (*In re Netgain Technology, LLC, Consumer Data Breach Litigation*, Case No. 21-cv-1210 (SRN/LIB) (D. Minn.)); (2) your full name, telephone number, email address, and current mailing address (3) a statement indicating the basis for your belief that you are a member of the Settlement Class; (4) a statement about whether the objection applies only to you, to a specific subset of the Settlement Class, or to the entire Settlement Class; (5) specific grounds for the objection, with any factual and legal support for the stated objection, including any supporting materials; (6) a statement of whether you intend to appear at the Final Approval Hearing, and if so, whether personally or through your attorney; and (7) your personal and original signature.

If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your attorney. If you are objecting and represented by counsel, and such counsel intends to speak at the Final Approval Hearing, your written objection must also include (1) the identity of witnesses whom you intend to call to testify at the Final Approval Hearing; (2) a description of any documents or evidence that you intend to offer at the Final Approval Hearing, and (3) a list, including case name, court, and docket number, of all other cases in which you or your attorney have filed an objection to any proposed class action settlement in the past three (3) years.

If you file an objection, you may still receive benefits under the Settlement so long as you timely file a valid claim. To be timely, written notice of an objection in the appropriate form described above must be filed with the Court no later than the Objection Deadline, as noted below:

United States District Court for the District of Minnesota
St. Paul Division
316 N. Robert Street
St. Paul, Minnesota 55101

## THE FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to grant final approval of the Settlement. You may attend if you wish, but you are not required to do so.

**16. Where and when is the Final Approval Hearing?**

The Court has already given Preliminary Approval to the Settlement Agreement.

The Court will hold a hearing on **October 30, 2025, at 9:30 a.m. CT** in the courtroom of the United States District Judge Susan Richard Nelson, Courtroom 7B, which is located at 316 N. Robert Street, St. Paul, Minnesota 55101. The purpose of the Final Approval hearing will be for the Court to determine whether the proposed Settlement is fair, reasonable, and adequate and in the best interests of the Settlement Class and to determine the appropriate amount of compensation for Settlement Class Counsel and rule on the request for a Service Award for the Class Representatives. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the proposed Settlement. The Court will then decide whether to approve the Settlement.

YOU ARE **NOT** REQUIRED TO ATTEND THE FINAL APPROVAL HEARING TO RECIEVE BENEFITS FROM THIS SETTLEMENT. Please be aware that the hearing may be postponed to a later date without notice.

## GETTING MORE INFORMATION

This notice only provides a summary of the proposed Settlement. Complete details about the Settlement can be found in the Settlement Agreement available on the Settlement Website:

**www.NetgainClassActionSettlement.com**

If you have any questions, you can contact the Settlement Administrator or Settlement Class Counsel at the phone numbers listed above. In addition to the documents available on the Settlement Website, all pleadings and documents filed in this Litigation may be reviewed or copied at the Clerk of Court's office.

**DO NOT CALL OR SEND ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO THE CLERK OF THE COURT, THE JUDGE, OR NETGAIN OR ITS COUNSEL. ALL QUESTIONS ABOUT THE SETTLEMENT SHOULD BE REFERRED TO THE SETTLEMENT ADMINISTRATOR OR SETTLEMENT CLASS COUNSEL.**

**NOTIFICACIÓN DE PROPUESTA DE ACUERDO DE DEMANDA COLECTIVA
PARA LAS PERSONAS CUYA INFORMACIÓN PERSONAL O RELACIONADA CON LA SALUD
PUEDA HABER SIDO DIVULGADA A UN TERCERO NO AUTORIZADO A TRAVÉS DE LA FUGA
DE DATOS DE NETGAIN TECHNOLOGY, LLC ("NETGAIN") ENTRE SEPTIEMBRE DE 2020 Y
NOVIEMBRE DE 2020.**

*In re Netgain Technology, LLC, litigio de fuga de datos de consumidores*, **No. 21-cv-1210 (SRN/LIB) (D.
Minn.)**

*Un Tribunal de Distrito de los Estados Unidos autorizó esta Notificación. Esto no es una solicitud de un
abogado.*

**LA PRESENTE ES UNA NOTIFICACIÓN DE PROPUESTA DE ACUERDO DE UNA DEMANDA
COLECTIVA.
SUS DERECHOS LEGALES SE VEN AFECTADOS AUNQUE NO HAGA NADA.**

**LEA ATENTAMENTE ESTE AVISO.**

**PUEDE TENER DERECHO A PARTICIPAR EN UNA DEMANDA COLECTIVA
ACUERDO PORQUE SU INFORMACIÓN PERSONAL Y DE SALUD PUEDA HABER SIDO
COMPARTIDA CON TERCEROS COMO RESULTADO DE UNA FUGA DE DATOS OCURRIDA
ENTRE SEPTIEMBRE DE 2020 Y NOVIEMBRE DE 2020.**

| SUS DERECHOS Y OPCIONES LEGALES EN ESTE ACUERDO | |
|---|---|
| **PRESENTAR UN FORMULARIO DE RECLAMACIÓN ANTES DEL 17 DE SEPTIEMBRE DE 2025** | Para recibir las prestaciones del Acuerdo, debe presentar a tiempo un Formulario de Reclamación por correo postal de EE.UU. o por Internet. |
| **NO HACER NADA** | No recibirá los beneficios del Acuerdo, pero seguirá estando vinculado por el mismo. |
| **EXCLUIRSE DEL ACUERDO ANTES DEL 2 DE SEPTIEMBRE DE 2025** | No recibirá beneficios del Acuerdo, pero conservará cualquier reclamación legal que pueda tener contra Netgain. |
| **OBJETAR ANTES DEL 2 DE SEPTIEMBRE DE 2025** | Presente ante el Tribunal una objeción por escrito al Acuerdo, en la dirección indicada a continuación, explicando por qué no está de acuerdo con el Acuerdo. Debe permanecer en el Grupo del Acuerdo para objetar al Acuerdo y seguirá estando obligado por el Acuerdo si el Tribunal lo aprueba. |
| **IR A LA AUDIENCIA DE APROBACIÓN FINAL EL 30 DE OCTUBRE DE 2025 A LAS 9:30 AM** | Solicite hablar ante el Tribunal sobre la equidad del Acuerdo. No es necesario que asista a la audiencia para oponerse al Acuerdo o para recibir los beneficios del mismo.  Si ha presentado una objeción por escrito válida y a tiempo, el Tribunal la tendrá en cuenta. |

*¿PREGUNTAS? VISITA WWW.NETGAINCLASSACTIONSETTLEMENT.COM*

1

## 1. ¿Qué es este Aviso?

La presente es una Notificación de Forma Larga autorizada por el tribunal de una propuesta de Acuerdo (el "Acuerdo") de una demanda colectiva (el "Litigio"), *In re Netgain Technology, LLC, Litigio de Fuga de Datos de Consumidores* Caso No. 21-cv-1210 (SRN/LIB), pendiente en el Distrito de los Estados Unidos para el Distrito de Minnesota (el "Tribunal"). El Acuerdo resolvería el Litigio que surgió el 23 de septiembre de 2021, después de que se presentara una demanda colectiva indicando que un tercero no autorizado accedió al entorno de datos de Netgain Technology, LLC ("Netgain" o "Demandado"), lo que dio lugar a que se revelara a dicho tercero cierta información personal o relacionada con la salud (el "Incidente de Datos"). El Tribunal concedió la Aprobación Preliminar del Acuerdo de Liquidación y certificó condicionalmente el Grupo de la Liquidación únicamente a efectos de la Liquidación. Esta Notificación Completa explica la naturaleza del Litigio, los términos del Acuerdo de Liquidación y los derechos y obligaciones legales de los miembros del Grupo de la Liquidación. Lea atentamente las instrucciones y explicaciones que figuran a continuación para comprender mejor sus derechos legales. El Administrador del Acuerdo en este caso es CPT Group, Inc.

## 2. ¿De qué trata este aviso?

Es posible que haya recibido una notificación previa en relación con el incidente de datos de Netgain o de un tercero diferente que haga referencia al incidente de datos. Este Aviso tiene por objeto proporcionar a aquellas personas cuya información personal o relacionada con la salud pueda haber sido compartida con un tercero debido al Incidente de Datos de Netgain entre septiembre de 2020 y noviembre de 2020, un aviso de sus derechos y beneficios relacionados con este Acuerdo.

## 3. ¿De qué se trata esta demanda?

Netgain es un proveedor de servicios que gestiona externamente servicios informáticos y de computación en nube para empresas principalmente de los sectores sanitario y contable. En el transcurso de su actividad, Netgain recibió y almacenó información personal identificable e información sanitaria privada de los demandantes y los miembros del grupo del acuerdo.

Los Demandantes y los Miembros del Grupo del Acuerdo alegan que el incidente de datos ocurrió entre septiembre de 2020 y noviembre de 2020, cuando una persona no autorizada accedió a los sistemas informáticos de Netgain y accedió a cierta información personal o relacionada con la salud.

## 4. ¿Por qué es esto una demanda colectiva?

Una demanda colectiva es una demanda en la que una persona denominada "representante del grupo" presenta una única demanda en nombre de otras personas que tienen reclamaciones similares. En un acuerdo de demanda colectiva, todas estas personas juntas constituyen un "Grupo del Acuerdo" o "Miembros del Grupo del Acuerdo" Cuando se resuelve una demanda colectiva, el Acuerdo, que debe ser aprobado por el Tribunal, resuelve las reclamaciones de todos los Miembros del Grupo del Acuerdo, excepto de aquellos que se excluyan del Acuerdo.

## 5. ¿Por qué hay un acuerdo?

Para resolver este asunto sin los gastos, retrasos e incertidumbres de un litigio prolongado, las partes llegaron a un acuerdo que, de ser aprobado por el Tribunal, resolvería todas las demandas presentadas en nombre del Grupo del Acuerdo en relación con el incidente de datos de . Si el Tribunal lo aprueba, elAcuerdo de Liquidaciónexige que Netgain proporcione una compensación en efectivo a los Miembros del Grupo del Acuerdo que presenten Formularios de Reclamación válidos y dentro de plazo. El Acuerdo no es una admisión de infracción por parte de Netgain y no implica que haya habido, o vaya a haber, ninguna conclusión de que Netgain haya infringido la ley. El Tribunal que supervisa el Litigio no ha determinado que Netgain haya hecho nada malo.

El Tribunal ya ha aprobado de forma preliminar el Acuerdo de Liquidación. No obstante, debido a que la resolución de una demanda colectiva determina los derechos de todos los miembros del Grupo del Acuerdo, el Tribunal que supervisa este Litigio debe dar su aprobación final al Acuerdo del Acuerdo antes de que pueda entrar en vigor. El Tribunal ha certificado condicionalmente el Acuerdo de Demanda Colectiva únicamente a efectos del acuerdo, de modo que los miembros del Acuerdo de Demanda Colectiva puedan ser notificados y tengan la oportunidad de excluirse del Acuerdo de Demanda Colectiva o de manifestar su apoyo u oposición a la aprobación definitiva del Acuerdo de Demanda Colectiva. Si el Tribunal no concede la aprobación final al Acuerdo de Liquidación, o si las Partes lo rescinden, el Acuerdo de Liquidación será nulo, y el Litigio proseguirá como si no hubiera habido acuerdo ni certificación del Grupo de la Liquidación.

## 6. ¿Cómo sé si formo parte del Acuerdo?

Usted es miembro del Grupo del Acuerdo si es una persona física, reside en los Estados Unidos, y se encuentra entre las personas que Netgain u otro tercero identificó como posibles divulgadores de su información personal o relacionada con la salud a un tercero entre septiembre de 2020 y noviembre de 2020 ("Grupo del Acuerdo").

Quedan excluidos del Grupo (i) los funcionarios y directores de la Demandada y sus filiales, matrices y subsidiarias; (ii) cualquier juez, magistrado o funcionario judicial que presida el Litigio y los miembros de sus familias inmediatas y personal judicial; (iii) cualquier persona física que se excluya oportuna y válidamente del Acuerdo, y (iv) los sucesores o cesionarios de cualquiera de dichas personas físicas excluidas. Esta exclusión no se aplica, y no debe interpretarse que se aplica, a aquellos empleados de la Demandada que reciban notificación del Administrador del Acuerdo en relación con este Acuerdo de Liquidación.

# SUS PRESTACIONES EN VIRTUD DEL ACUERDO

## 7. ¿Qué puedo obtener del Acuerdo?

Los Miembros del Grupo del Acuerdo que presenten un Formulario de Reclamación válido y a tiempo pueden tener derecho a los siguientes beneficios del Acuerdo:

**Pérdidas ordinarias documentadas y tiempo invertido atestiguado** : hasta $5,000 por gastos documentados no reembolsados que se puedan atribuir claramente al incidente de datos y reembolso por el tiempo invertido en

solucionar problemas relacionados con el incidente de datos. Algunos ejemplos de Pérdidas Ordinarias Documentadas pueden ser:

- Pérdidas no reembolsadas por fraude o usurpación de identidad;
- Los gastos de desembolso en los que se haya incurrido a partir del Incidente de Datos y hasta la fecha de presentación de la reclamación
- Comisiones bancarias no reembolsadas, gastos telefónicos de larga distancia, franqueo o gasolina para viajes locales.

Esta lista de gastos de bolsillo documentados reembolsables no pretende ser exhaustiva. Los Miembros de la Clase del Acuerdo pueden presentar reclamaciones por cualquier pérdida documentada no reembolsada de su bolsillo razonablemente relacionada con el Incidente de Datos o por hacer frente a los efectos del Incidente de Datos. El Administrador de Reclamaciones tendrá discreción para determinar si cualquier pérdida reclamada está razonablemente relacionada con el Incidente de Datos. Los Miembros del Grupo del Acuerdo con Pérdidas Ordinarias deben presentar documentación acreditativa de sus reclamaciones. Esto puede incluir recibos u otra documentación no "autopreparada" por el solicitante que documente los gastos incurridos. los documentos "preparados por uno mismo", como los recibos escritos a mano, no bastan por sí solos para recibir el reembolso, pero pueden considerarse un aporte de claridad o apoyo a otra documentación presentada.

Ejemplos de tiempo invertido

- Cambiar las contraseñas de las cuentas potencialmente afectadas;
- Supervisión o investigación de actividades sospechosas en cuentas médicas, financieras o de otro tipo potencialmente afectadas;
- Ponerse en contacto con una entidad financiera u otro proveedor para comentar una actividad sospechosa;
- Inscribirse en un servicio de control de fraudes o robos de identidad
- Investigar información sobre el incidente de datos, su impacto o cómo protegerse de daños debidos al incidente de datos.

Tenga en cuenta lo siguiente: Las solicitudes de reembolso del tiempo invertido se limitarán a 3 horas y $25.00 por hora. Las reclamaciones por pérdidas ordinarias documentadas y tiempo invertido certificado se limitarán a $5,000 en conjunto. Todos los pagos en efectivo podrán ajustarse *proporcionalmente* en función del número de Miembros del Grupo que participen en el Acuerdo.

**Pago alternativo en efectivo:** Como alternativa a la presentación de una Reclamación para el reembolso de las Pérdidas ordinarias y el Tiempo invertido certificado, puede presentar una Reclamación para recibir un pago *prorrateado* (término jurídico que significa participación equitativa) del fondo de liquidación neto, que asciende a $1,900,000 menos el pago de los costes de la Liquidación, incluidos los costes del Programa de Notificación y de la Administración de Reclamaciones, los Honorarios y Gastos de Abogados hasta el 33 1/3% del Fondo de Liquidación, las Primas de Servicio de hasta $1,500 cada una para los Demandantes Representantes, y los pagos por reclamaciones por Pérdidas Ordinarias y Tiempo Invertido Acreditado. *Tenga en cuenta que si los costes del acuerdo, honorarios, indemnizaciones y reclamaciones superan el Fondo del Acuerdo, es posible que las personas que seleccionen esta opción no reciban ningún pago.*

***Para recibir los beneficios del Acuerdo, debe presentar un Formulario de Reclamación antes del 17 de septiembre de 2025***

| **8. ¿Cuándo recibiré las prestaciones?** |
|---|

Si presenta a tiempo una Reclamación válida de pago en efectivo, recibirá el pago por el importe aprobado por el Administrador del Acuerdo una vez que el Acuerdo sea Definitivo y haya entrado en vigor.

| **9. Quiero formar parte del Acuerdo. ¿Qué debo hacer?** |
|---|

Todos los Miembros del Grupo del Acuerdo forman parte del Acuerdo a menos que soliciten ser excluidos del mismo. Para presentar una reclamación de compensación en efectivo, debe presentar a tiempo el Formulario de Reclamación en el sitio web del Acuerdo en www.NetgainClassActionSettlement.com, o por correo a el Administrador del Acuerdo:

In re Netgain Technology, LLC Litigio por fuga de datos de consumidores
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606

Debe presentar cualquier reclamación antes del **17 de septiembre de 2025**. Sólo puede haber una (1) Reclamación válida y oportuna por Miembro del Grupo del Acuerdo.

| **10. ¿A qué renuncio si permanezco en el Acuerdo?** |
|---|

Al permanecer en el Grupo del Acuerdo, otorgará a Netgain una "liberación", y todas las órdenes del Tribunal se aplicarán a usted y le vincularán legalmente. Una liberación significa que usted no puede demandar o ser parte de ninguna otra demanda u otra acción legal contra Netgain sobre o derivada de las reclamaciones o cuestiones en este Litigio que son exoneradas por este Acuerdo.

Los términos exactos de la liberación figuran en el Acuerdo de Conciliación, que está disponible en el sitio web del Acuerdo. A menos que se excluya formalmente de este Acuerdo, liberará sus reclamaciones. Si tiene alguna pregunta, puede hablar gratuitamente con los Abogados del Grupo del Acuerdo identificados a continuación, que han sido designados por el Tribunal para representar al Grupo del Acuerdo, o puede hablar con cualquier otro abogado de su elección corriendo con los gastos.

## EXCLUIRSE DEL ACUERDO

Si no desea permanecer en el Acuerdo, y en su lugar desea mantener cualquier reclamación legal que pueda tener contra Netgain, entonces debe tomar medidas para excluirse de este Acuerdo.

| **11. ¿Cómo me excluyo del Acuerdo?** |
|---|

Para excluirse del Acuerdo, debe enviar una carta por correo indicando que desea ser excluido de *Asunto Netgain Technology, LLC, Litigio de Fuga de Datos de Consumidores*, Caso No. 21-cv-1210 (SRN/LIB) (D. Minn.) al

Administrador del Acuerdo. Dicha notificación debe incluir: (1) el nombre y número del litigio (*Asunto Netgain Technology, LLC, Litigio de Fuga de Datos de Consumidores*, Case No. 21-cv-1210 (SRN/LIB)) ; (2)su nombre completo, dirección y número de teléfono; (3) su firma personal y original; y (4) una declaración por escrito de que desea ser excluido del Acuerdo. Sólo puede solicitar la exclusión para usted, y nadie más puede solicitar la exclusión por usted. Debe enviar su solicitud de exclusión por correo, de modo que el matasellos **no sea posterior al 2 de septiembre de 2025**, a:

In re Netgain Technology, LLC Litigio por fuga de datos de consumidores
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606

| **12. Si me excluyo, ¿sigo recibiendo prestaciones de este Acuerdo?** |
| --- |

No, si presenta una solicitud de exclusión, no recibirá nada del Acuerdo, pero podrá demandar a Netgain por las reclamaciones planteadas en el Litigio.

# LOS ABOGADOS QUE REPRESENTAN AL GRUPO DE ACUERDO DE LIQUIDACIÓN

| **13. ¿Tengo abogado en este caso?** |
| --- |

El Tribunal ha designado a los siguientes abogados para que sean los abogados principales que representen al Grupo del Acuerdo como Abogados del Grupo del Acuerdo:

Zimmerman Reed, LLP
c/o Brian C. Gudmundson and Michael J. Laird and Rachel K. Tack
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400

Chestnut Cambronne PA
c/o Bryan L. Bleichner and Christopher P. Renz
100 Washington Avenue South, Ste. 1700
Minneapolis, MN 55401-2138
(612) 339-7300

Casey Gerry Francavilla Blatt & Penfield, LLP
c/o Gayle M. Blatt
110 Laurel Street
San Diego, CA 92101
(612) 238-1811

Si desea que le represente su propio abogado, puede contratarlo a su costa.

*¿PREGUNTAS? VISITA WWW.NETGAINCLASSACTIONSETTLEMENT.COM*

## 14. ¿Cómo se pagará a los abogados del Grupo del Acuerdo?

Los Abogados del Grupo del Acuerdo serán remunerados con cargo al Fondo del Acuerdo. Los Abogados del Grupo del Acuerdo solicitarán la aprobación del Tribunal para que se les paguen los honorarios razonables de los abogados hasta un 33 1/3% del Fondo del Acuerdo. Los Abogados del Grupo del Acuerdo también solicitarán al Tribunal que apruebe Adjudicaciones por Servicio de hasta $1,500 del Fondo del Acuerdo para cada uno de los Demandantes Representantes por participar en este juicio y por sus esfuerzos para lograr el Acuerdo. El Tribunal podrá conceder importes inferiores a los solicitados por los Abogados del Grupo del Acuerdo.

La solicitud de los Abogados del Grupo del Acuerdo de honorarios y gastos razonables de abogados, y la Adjudicación de Servicios estarán disponibles en el Sitio Web del Acuerdo en www.NetgainClassActionSettlement.com antes de la fecha límite para que usted haga comentarios u objeciones al Acuerdo.

# OPOSICIÓN AL ACUERDO

## 15. ¿Cómo le digo al Tribunal que no me gusta el acuerdo?

Si usted es un Miembro del Grupo del Acuerdo, puede oponerse al Acuerdo, o a alguna parte del mismo, y el Tribunal tendrá en cuenta sus opiniones. Para objetar al Acuerdo, debe presentar una objeción por escrito (como una carta o un escrito legal) al Tribunal indicando que objeta y las razones por las que cree que el Tribunal no debería aprobar parte o la totalidad del Acuerdo. La objeción debe presentarse antes del 2 de septiembre de 2025: (1) el nombre y número del litigio (*Asunto Netgain Technology, LLC, Litigio de Fuga de Datos de Consumidores*, Caso No.21-cv-1210 (SRN/LIB) (D. Minn.) ); (2) su nombre completo, número de teléfono, dirección de correo electrónico y dirección postal actual; (3) una declaración indicando la base de su creencia de que es miembro del Grupo del Acuerdo; (4) una declaración sobre si la objeción se aplica sólo a usted, a un subconjunto específico del Grupo del Acuerdo o a todo el Grupo del Acuerdo ; (5 ) los motivos específicos de la objeción, con cualquier apoyo fáctico y jurídico para la objeción declarada, incluido cualquier material de apoyo; (6) una declaración de si tiene intención de comparecer en la Audiencia de Aprobación Definitiva y, en caso afirmativo, si lo hará personalmente o a través de su abogado; y (7) su firma personal y original.

Si presenta a tiempo una objeción por escrito, puede comparecer en la audiencia de aprobación definitiva, en persona o a través de su abogado, aunque no está obligado a hacerlo. Si usted presenta una objeción y está representado por un abogado, y dicho abogado tiene la intención de intervenir en la Audiencia de Aprobación Definitiva, su objeción por escrito también debe incluir (1) la identidad de los testigos que tiene la intención de llamar a declarar en la Audiencia de Aprobación Definitiva; (2) una descripción de los documentos o pruebas que tiene la intención de ofrecer en la Audiencia de Aprobación Definitiva, y (3) una lista, que incluya el nombre del caso, el tribunal y el número de expediente, de todos los demás casos en los que usted o su abogado hayan presentado una objeción a cualquier acuerdo de demanda colectiva propuesto en los últimos tres (3) años.

Si presenta una objeción, podrá seguir recibiendo prestaciones en virtud del Acuerdo siempre que presente a tiempo una reclamación válida. Para que una objeción llegue a tiempo, debe presentarse al Tribunal una

notificación por escrito en el formulario adecuado descrito anteriormente, a más tardar en la Fecha límite para presentar objeciones, como se indica a continuación:

United States District Court for the District of Minnesota
St. Paul Division
316 N. Robert Street
St. Paul, Minnesota 55101

## LA AUDIENCIA DE APROBACIÓN FINAL

El Tribunal celebrará una vista para decidir si concede la aprobación definitiva del Acuerdo. Puede asistir si lo desea, pero no está obligado a hacerlo.

### 16. ¿Dónde y cuándo es la audiencia de aprobación final?

El Tribunal ya ha concedido la Aprobación Preliminar al Acuerdo de Liquidación.

El Tribunal celebrará una audiencia el **30 de octubre de 2025, a las 9:30 a.m. CT** en la sala de audiencias de la Jueza de Distrito de los Estados Unidos Susan Richard Nelson, Sala 7B, que se encuentra en 316 N. Robert Street, St. Paul, Minnesota 55101. El propósito de la audiencia de Aprobación Definitiva será que el Tribunal determine si el Acuerdo propuesto es justo, razonable y adecuado, y en el mejor interés del Grupo del Acuerdo, y que determine el monto apropiado de compensación para los Abogados del Grupo del Acuerdo y se pronuncie sobre la solicitud de una Compensación por Servicios para los Representantes del Grupo. En dicha vista, el Tribunal estará disponible para escuchar cualquier objeción y argumento relativo a la equidad del Acuerdo propuesto. El Tribunal decidirá entonces si aprueba el Acuerdo.

USTED **NO** ESTÁ OBLIGADO A ASISTIR A LA AUDIENCIA DE APROBACIÓN DEFINITIVA PARA RECIBIR LOS BENEFICIOS DE ESTE ACUERDO. Tenga en cuenta que la audiencia puede aplazarse a una fecha posterior sin previo aviso.

## CÓMO OBTENER MÁS INFORMACIÓN

Esta notificación sólo ofrece un resumen del Acuerdo propuesto. Los detalles completos del Acuerdo pueden consultarse en el Acuerdo disponible en el sitio web del Acuerdo:

**www.NetgainClassActionSettlement.com**

Si tiene alguna pregunta, puede ponerse en contacto con el Administrador del Acuerdo o con el Abogado del Grupo del Acuerdo en los números de teléfono indicados anteriormente. Además de los documentos disponibles en el Sitio Web del Acuerdo, todos los escritos y documentos presentados en este Litigio pueden revisarse o copiarse en la Secretaría del Tribunal.

**NO LLAME NI ENVÍE NINGUNA PREGUNTA SOBRE EL ACUERDO O EL LITIGIO AL SECRETARIO JUDICIAL, AL JUEZ, A NETGAIN O A SUS ABOGADOS. TODAS LAS PREGUNTAS SOBRE EL ACUERDO DEBEN REMITIRSE AL ADMINISTRADOR DEL ACUERDO O AL ABOGADO DEL GRUPO DEL ACUERDO.**

# EXHIBIT B

| **YOUR CLAIM FORM MUST BE SUBMITTED ON OR BEFORE SEPTEMBER 17, 2025** | Mailing Address: In re Netgain Technology, LLC, Consumer Data Breach Litigation c/o CPT Group, Inc. 50 Corporate Park Irvine, CA 92606 |
| --- | --- |

### *In re Netgain Technology, LLC, Consumer Data Breach Litigation*

United States District Court for the District of Minnesota (Case No. 21-cv-1210 (SRN/LIB))

### CLAIM FORM

### SAVE TIME BY SUBMITTING YOUR CLAIM ONLINE AT WWW. NETGAINCLASSACTIONSETTLEMENT.COM

### GENERAL CLAIM FORM INFORMATION

You may complete and submit this Claim Form online or by mail if you are a Settlement Class Member. The Settlement Class consists of all individuals who reside in the United States and who potentially had their personal or health-related information disclosed to an unauthorized third party between September 2020 and November 2020 in the course of a data breach on Netgain Technology, LLC ("Netgain"), which group shall be identified as (the "Settlement Class").

If you are a Settlement Class Member and wish to submit a Claim for a settlement cash payment, please provide the information requested below. You must submit your Claim via the Settlement Website by the Claims Deadline of **September 17, 2025**, or complete and mail this Claim Form to the Settlement Administrator, postmarked by **September 17, 2025**.

Settlement Class Members who submit a timely and valid Claim Form will be eligible to receive 1) Documented Ordinary Losses; and 2) Attested Time Spent **OR** an Alternative Cash Payment:

- **Documented Ordinary Losses and Attested Time Spent** – Up to $5,000 for documented out-of-pocket expenses fairly traceable to the Data Incident and reimbursement for time spent remedying issues related to the Data Incident. Recovery for Attested Time Spent will be capped at 3 hours at $25.00 per hour.

- **Alternative Cash Payment** – A *pro rata* (a legal term meaning an equal share) payment from the net Settlement Fund, which is $1,900,000 minus payment of costs of the Settlement including costs of the Notice Program and Claims Administration, Attorneys' Fees and Expenses up to 33 1/3% of the Settlement Fund, Service Awards of up to $1,500 each to the Representative Plaintiffs, and payments for claims for Ordinary Losses and Attested Time Spent. Note that if the costs of the settlement, fees, awards, and claims exceed the Settlement Fund, individuals selecting this option may not receive any payment.

Please Note: Claims for Documented Ordinary Losses and Attested Time Spent will be limited to $5,000 combined. All cash payments may be adjusted *pro rata* depending on the number of Class Members that participate in the Settlement.

The Notice includes only a summary of your legal rights and options. Please visit the official Settlement Website, www.NetgainClassActionSettlement.com, or call 1-888-678-2591 for more information.

1

**TO SUBMIT A CLAIM FOR PAYMENT BY MAIL:**

1.  Complete Settlement Class Member Information and section(s) relevant to relief requested of this Claim Form.

2.  Sign the Claim Form.

3.  Submit the completed Claim Form to the Settlement Administrator so that it is postmarked by **September 17, 2025.**

This Claim Form should only be used if a Claim is being mailed and is not being filed online. You may go to www.NetgainClassActionSettlement.com to submit your Claim online, or you may submit this Claim Form by mail to the address at the top of this form.

**Payment will be mailed in the form of a check to the address you provide below. If you would like to receive a payment electronically (e.g., via Venmo, PayPal, or ACH), you must submit a Claim Form online at www.NetgainClassActionSettlement.com.**

| **1. Settlement Class Member Information** |
| --- |

_____   \_\_\_\_  _____

\*First Name                                     MI      \*Last Name

_____

\*Mailing Address: Street Address/P.O. Box (include Apartment/Suite/Floor Number)

_____   \_\_\_ \_\_\_   \_\_\_ \_\_\_ \_\_\_ \_\_\_ \_\_\_ - \_\_\_ \_\_\_ \_\_\_ \_\_\_

\*City                                         \*State      \*Zip Code           Zip4 (Optional)

_____@_____

\*Current Email Address

( \_\_\_ \_\_\_ \_\_\_ ) \_\_\_ \_\_\_ \_\_\_ - \_\_\_ \_\_\_ \_\_\_ \_\_\_
Current Phone Number (Optional)

| **2. Documented Ordinary Out-of-Pocket Expenses** |
| --- |

You can receive reimbursement for up to $5,000.00 for documented unreimbursed out-of-pocket expenses fairly traceable to the Data Incident. You must attach documents to your Claim Form that show what happened and how much you lost or spent so that you can be repaid. This may include receipts or other documentation. "Self-prepared" documentation such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but may be considered to add clarity or support to other submitted documentation.

2

| Expense Types and Examples of Documents | Approximate Amount of Expense and Date of Expense | Description of Expense or Money Spent and Supporting Documents (Identify what you are attaching and why it's related to the Data Incident) |
|---|---|---|
| Unreimbursed Bank Fees<br><br>*Examples: Bank statements with fees, such as card reissuance, unreimbursed overdraft and late fees* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM    DD    YYYY | _____<br><br>_____<br><br>_____ |
| Long Distance Phone Charges<br><br>*Example: Phone bill with charges* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM    DD    YYYY | _____<br><br>_____<br><br>_____ |
| Unreimbursed Credit Card Fees<br><br>*Example: Credit Card Statement* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM    DD    YYYY | _____<br><br>_____<br><br>_____ |
| Unreimbursed Credit Monitoring<br><br>*Examples: Costs of credit report(s), credit monitoring, and/or other identity theft insurance products purchased* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM    DD    YYYY | _____<br><br>_____<br><br>_____ |
| Other Losses or Costs Resulting from Identity Theft or Fraud<br><br>*Examples: Include but are not limited to, the cost of postage, gas for local travel, or interest on payday loans due to card cancelation(s)* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM    DD    YYYY | _____<br><br>_____<br><br>_____ |

**3. Cash Payment: Lost Time**

If you spent time monitoring accounts, reversing fraudulent charges, or otherwise dealing with the aftermath/cleanup of the Data Incident, you may be reimbursed for your time. The total amount you may receive for Documented Ordinary Losses and Attested Time Spent will be limited to $5,000 combined. The maximum you may receive for Attested Time Spent is 3 hours at $25.00 per hour.

3

| Hours lost as a result of the Data Incident | Description of the activities performed during the time claimed and their connection to the Data Incident |
|---|---|
| _____ Hours | _____ <br><br> _____ <br><br> _____ |

## 4. Alternative Cash Payment

If you do not want to claim reimbursement for Ordinary Losses or Time Spent, you may instead claim a *pro rata* (a legal term meaning equal share) payment from the Net Settlement Fund after all costs associated with the Settlement have been paid. If all costs and payments exceed the Settlement Fund amount, this option could result in no payment.

☐     I would like to claim a pro rata Alternative Cash Payment.

## 5. Certification

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

I understand that all information provided on this Claim Form is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim will be considered complete and valid.

_____      \_\_\_ \_\_\_ / \_\_\_ \_\_\_/ \_\_\_ \_\_\_ \_\_\_ \_\_\_

Signature                                     Date (mm/dd/yyyy)

_____

Print Name

**Please keep a copy of your completed Claim Form for your records.**

Mail your completed Claim Form to the Settlement Administrator:
*In re Netgain Technology, LLC, Consumer Data Breach Litigation*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
or submit your Claim online at
www.NetgainClassActionSettlement.com

It is your responsibility to notify the Settlement Administrator of any changes to your contact information after you submit your Claim. You can update your contact information by emailing NetgainClassActionSettlement@cptgroup.com.

| | Dirección postal: |
|---|---|
| **SU FORMULARIO DE RECLAMACIÓN DEBE ENVIARSE ANTES DEL 17 DE SEPTIEMBRE DE 2025** | In re Netgain Technology, LLC, Consumer Data Breach Litigation c/o CPT Group, Inc. 50 Corporate Park Irvine, CA 92606 |

## En el litigio por fuga de datos de consumidores, Netgain Technology, LLC

Tribunal de Distrito de los Estados Unidos para el Distrito de Minnesota (Caso nº 21-cv-1210 (SRN/LIB))

### FORMULARIO DE RECLAMACIÓN

### AHORRE TIEMPO PRESENTANDO SU RECLAMACIÓN EN LÍNEA EN WWW. NETGAINCLASSACTIONSETTLEMENT.COM

### INFORMACIÓN GENERAL SOBRE EL FORMULARIO DE RECLAMACIÓN

Puede cumplimentar y enviar este Formulario de Reclamación en línea o por correo si es Miembro del Grupo del Acuerdo. El Grupo del Acuerdo está formado por todas las personas que residen en Estados Unidos y que potencialmente vieron revelada su información personal o relacionada con la salud a un tercero no autorizado entre septiembre de 2020 y noviembre de 2020 en el transcurso de una fuga de datos en Netgain Technology, LLC ("Netgain"), grupo que se identificará como (el "Grupo del Acuerdo").

Si es Miembro del Grupo del Acuerdo y desea presentar una Reclamación para recibir un pago en efectivo del acuerdo, facilite la información que se solicita a continuación. Debe presentar su Reclamación a través del Sitio Web del Acuerdo antes de la Fecha Límite de Reclamaciones del **17 de septiembre de 2025**, o cumplimentar y enviar por correo este Formulario de Reclamación al Administrador del Acuerdo, con matasellos no posterior al **17 de septiembre de 2025**.

Los Miembros del Grupo del Acuerdo que presenten un Formulario de Reclamación válido y a tiempo tendrán derecho a recibir 1) Pérdidas Ordinarias Documentadas; y 2) Tiempo Invertido Certificado **O** un Pago Alternativo en Efectivo:

- **Pérdidas ordinarias documentadas y tiempo invertido** - Hasta $5,000 por gastos ordinarios documentados que puedan atribuirse al incidente de datos y reembolso del tiempo dedicado a solucionar problemas relacionados con el incidente de datos. La recuperación del tiempo invertido se limitará a 3 horas a $25.00 la hora.

- **Pago alternativo en efectivo** - Un pago *prorrateado* (un término legal que significa una parte igual) del Fondo del Acuerdo neto, que asciende a $1,900,000 menos el pago de los costes del Acuerdo, incluidos los costes del Programa de Notificación y la Administración de Reclamaciones, los Honorarios y Gastos de Abogados hasta el 33 1/3% del Fondo del Acuerdo, las Compensaciones por Servicios de hasta $1,500 cada una para los Demandantes Representantes, y los pagos por reclamaciones por Pérdidas Ordinarias y Tiempo Invertido Comprobado. Tenga en cuenta que si los costes del acuerdo, honorarios, indemnizaciones y reclamaciones superan el Fondo del Acuerdo, es posible que las personas que seleccionen esta opción no reciban ningún pago.

Tenga en cuenta lo siguiente: Las reclamaciones por pérdidas ordinarias documentadas y tiempo invertido certificado se limitarán a $5,000 en conjunto. Todos los pagos en efectivo podrán ajustarse *proporcionalmente* en función del número de Miembros del Grupo que participen en el Acuerdo.

1

El Aviso sólo incluye un resumen de sus derechos y opciones legales. Visite el sitio web oficial del acuerdo, www.NetgainClassActionSettlement.com, o llame al 1-888-678-2591 para obtener más información.

### PRESENTAR UNA RECLAMACIÓN DE PAGO POR CORREO:

1. Cumplimente la Información del Miembro del Grupo del Acuerdo y la(s) sección(es) correspondiente(s) a la reparación solicitada de este Formulario de Reclamación.

2. Firme el formulario de reclamación.

3. Envíe el Formulario de Reclamación cumplimentado al Administrador del Acuerdo, de forma que el matasellos de correos no sea posterior al **17 de septiembre de 2025.**

Este formulario de reclamación sólo debe utilizarse si la reclamación se envía por correo y no se presenta en línea. Puede visitar www.NetgainClassActionSettlement.com para presentar su reclamación en línea, o puede enviar este formulario de reclamación por correo a la dirección que figura en la parte superior de este formulario.

**El pago se enviará en forma de cheque a la dirección que indique a continuación. Si desea recibir un pago electrónicamente (por ejemplo, a través de Venmo, PayPal o ACH), debe enviar un Formulario de Reclamación en línea en www.NetgainClassActionSettlement.com.**

| 1. Información sobre los miembros del grupo del acuerdo |
| --- |

_____  ____  _____

*Nombre                                                          Segundo Nombre *Apellido

_____

*Dirección postal: Dirección/Apartado de correos (incluya el número de apartamento/suite/piso)

_____  ___ ___ ___ ___ ___ ___ ___ - ___ ___ ___ ___

*Ciudad                                                          *Estado *Código postal CP4 (Opcional)

_____@_____

*Dirección de correo electrónico actual

( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___
Número de teléfono actual (opcional)

| 2. Gastos de bolsillo ordinarios documentados |
| --- |

Puede recibir un reembolso de hasta $5,000.00 por gastos de bolsillo documentados y no reembolsados que tengan una relación razonable con el incidente de datos. Debe adjuntar a su Formulario de Reclamación documentos que demuestren lo sucedido y cuánto ha perdido o gastado para que se le pueda reembolsar. Puede incluir recibos u otra documentación. la documentación "preparada por uno mismo", como los recibos escritos a mano, no basta

por sí sola para recibir el reembolso, pero puede considerarse que aporta claridad o apoyo a otra documentación presentada.

| Tipos de gastos y ejemplos de documentos | Importe aproximado del gasto y fecha del gasto | Descripción del gasto o dinero gastado y documentos justificativos (Identifique lo que adjunta y por qué está relacionado con el incidente de datos) |
|---|---|---|
| Comisiones bancarias no reembolsadas<br><br>*Ejemplos: Extractos bancarios con comisiones, como reemisión de tarjetas, descubiertos no reembolsados y recargos por demora* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM DD AAAA | _____<br><br>_____<br><br>_____ |
| Tarifas telefónicas de larga distancia<br><br>*Ejemplo: Factura telefónica con gastos* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM DD AAAA | _____<br><br>_____<br><br>_____ |
| Gastos de tarjeta de crédito no reembolsados<br><br>*Ejemplo: Extracto de la tarjeta de crédito* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM DD AAAA | _____<br><br>_____<br><br>_____ |
| Supervisión de crédito no reembolsada<br><br>*Ejemplos: Costes de los informes de crédito, supervisión del crédito y/u otros productos de seguro contra el robo de identidad adquiridos* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM DD AAAA | _____<br><br>_____<br><br>_____ |
| Otras pérdidas o costes derivados de la usurpación de identidad o el fraude<br><br>*Ejemplos: Incluidos, entre otros, los gastos de envío, gasolina para desplazamientos locales o intereses de préstamos de día de pago debidos a la cancelación de tarjetas* | $_____. \_\_\_ \_\_\_<br><br>\_\_ \_\_ - \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_<br>MM DD AAAA | _____<br><br>_____<br><br>_____ |

3

**3. Pago en efectivo: Tiempo perdido**

Si dedicó tiempo a supervisar cuentas, anular cargos fraudulentos o a ocuparse de las secuelas/limpieza del incidente de datos, es posible que se le reembolse el tiempo invertido. El importe total que puede recibir por Pérdidas Ordinarias Documentadas y por Tiempo Invertido Acreditado se limitará a $5,000 en total. El máximo que puede recibir por el tiempo certificado empleado es de 3 horas a $25.00 por hora.

| Horas perdidas como consecuencia del incidente con los datos | Descripción de las actividades realizadas durante el tiempo reclamado y su conexión con el Incidente de Datos |
|---|---|
| _____ Horas | _____<br><br>_____<br><br>_____ |

**4. Pago alternativo en efectivo**

Si no desea reclamar el reembolso de las Pérdidas Ordinarias o del Tiempo Invertido, puede reclamar en su lugar un pago *prorrateado* (término jurídico que significa reparto equitativo) del Fondo Neto del Acuerdo una vez pagados todos los costes asociados al Acuerdo. Si todos los costes y pagos superan el importe del Fondo del Acuerdo, esta opción podría dar lugar a que no se efectuara ningún pago.

☐    Deseo solicitar un Pago Alternativo en Efectivo a prorrata.

**5. Certificación**

Declaro bajo pena de perjurio en virtud de las leyes de los Estados Unidos y del estado en el que se firma este Formulario de Reclamación que la información que he suministrado en este Formulario de Reclamación es verdadera y correcta según mi leal saber y entender, y que este formulario fue ejecutado en la fecha indicada a continuación.

Entiendo que toda la información proporcionada en este Formulario de Reclamación está sujeta a verificación y que el Administrador del Acuerdo puede pedirme que proporcione información complementaria antes de que mi reclamación se considere completa y válida.

_____          ___ ___ / ___ ___/ ___ ___ ___ ___

Firma                                                                                     Fecha (mm/dd/aaaa)

_____

Nombre

4

**Conserve una copia del formulario de solicitud de reembolso cumplimentado.**

Envíe por correo su Formulario de Reclamación cumplimentado al Administrador del Acuerdo:
*In re Netgain Technology, LLC, Consumer Data Breach Litigation*
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
o presente su reclamación en línea en
www.NetgainClassActionSettlement.com

Es su responsabilidad notificar al Administrador del Acuerdo cualquier cambio en su información de contacto después de que  presente su solicitud. Puede actualizar su información de contacto enviando un correo electrónico a NetgainClassActionSettlement@cptgroup.com.

# EXHIBIT C



# Creative Workbook

## Meier v. Netgain Technology, LLC

**Client:** CPT Group          **Date:** 06/17/2025

© 2025 Élan™. All rights reserved.

# Table of Contents

Ad Copy                                    **page 3**

Ad Designs                                 **page 6**

Paid Search Copy                           **page 16**

Contact                                    **page 19**



ÉLAN



# Ad Copy

3

# Ad Copy Meta & YouTube (English)

## Meta Primary Text
Did you receive a data breach notification from a medical provider or accounting firm between April 2021 and October 2022 that referenced a data breach of Netgain? If so, you may be eligible for compensation from a class action settlement.

## Meta & Display Ad Copy
Did you receive a data breach notification from a medical provider or accounting firm between April 2021 and October 2022 that referenced a data breach of Netgain? If so, you may be eligible for compensation from a class action settlement.

File a Claim Today

## Meta Headline
Netgain Data Breach Settlement

## Meta Button
Learn more

## Meta & YouTube Video Voice Over Script
Did you receive a data breach notification from a medical provider or accounting firm between April 2021 and October 2022 that referenced a data breach of Netgain? If so, you may be eligible for compensation from a class action settlement. To file a claim, visit www.NetgainClassActionSettlement.com. That's www.NetgainClassActionSettlement.com.

## YouTube Headline
Netgain Settlement

## YouTube Call To Action
Learn More

# Ad Copy <span>Meta & YouTube (Spanish)</span>

## Meta Primary Text

¿Recibió una notificación de fuga de datos de un proveedor médico o empresa de contabilidad entre abril de 2021 y octubre de 2022 que hiciera referencia a una violación de datos de Netgain? Si es así, puede optar a una indemnización en el marco de una demanda colectiva.

## Meta & Display Ad Copy

¿Recibió una notificación de fuga de datos de un proveedor médico o empresa de contabilidad entre abril de 2021 y octubre de 2022 que hiciera referencia a una violación de datos de Netgain? Si es así, puede optar a una indemnización en el marco de una demanda colectiva.

Presente una reclamación hoy mismo

## Meta Headline

Acuerdo sobre la filtración de datos de Netgain

## Meta Button

Más información

## Meta & YouTube Video Voice Over Script

¿Recibió una notificación de fuga de datos de un proveedor médico o empresa de contabilidad entre abril de 2021 y octubre de 2022 que hiciera referencia a una violación de datos de Netgain? Si es así, puede optar a una indemnización en el marco de una demanda colectiva. Para presentar una reclamación, visite www.netgainclassactionsettlement.com. Eso es www.netgainclassactionsettlement.com.

## YouTube Headline

Acuerdo sobre la filtración de datos de Netgain

## YouTube Call To Action

Más información

# Ad Designs

6

# English

# Ad Designs **Display**

Ad Copy:

Did you receive a data breach notification from a medical provider or accounting firm between April 2021 and October 2022 that referenced a data breach of Netgain? If so, you may be eligible for compensation from a class action settlement.

File a Claim Today





**Disclaimer**
*While Élan researches and plans creative and copy around platform restrictions, guidelines are subject to change. Therefore, all imagery, video, and copy are subject to change in order to satisfy the rules and regulations imposed by the applicable platform. This includes, but is not limited to, character limitations, character restrictions, imagery restrictions, etc.*


ÉLAN™

8

# Ad Designs **Meta**

The images below reflect the various frames of the original video asset.







**View Original Video Ad**

**View Refresh Video Ad**



**Disclaimer**

*While Élan researches and plans creative and copy around platform restrictions, guidelines are subject to change. Therefore, all imagery, video, and copy are subject to change in order to satisfy the rules and regulations imposed by the applicable platform. This includes, but is not limited to, character limitations, character restrictions, imagery restrictions, etc.*

9

# Ad Designs  ## YouTube

## Full Video



**View Original Video Ad**     **View Refresh Video Ad**



**Disclaimer**
*Creative and copy is created and planned around platform restrictions, guidelines are subject to change. Therefore, all imagery, video, and copy are subject to change in order to satisfy the rules and regulations imposed by the applicable platform. This includes, but is not limited to, character limitations, character restrictions, imagery restrictions, etc.*

10

# Social Pages

## Facebook

**Page Name**
Netgain Data Breach Settlement

**Page Handle**
@NetgainDataBreachSettlement

**Page Intro**

If you received a Netgain data breach notice between 4/2021-10/2022. Visit the website to learn more.

**Facebook Guidelines**

*Facebook "Handle" character **limit is 50 characters***

*Facebook page "Intro" description **limited to 101 characters***

## Instagram

**Display Name**
Netgain Data Breach Settlement

**Handle**
@NetgainDataBreachSettlement

**Bio**

If you received a Netgain data breach notice between 04/2021 & 10/2022, you may be eligible. Visit the website to learn more and file a claim.

**Instagram Guidelines**

*Instagram handle **limited to 30 characters***

*Instagram page "Bio" description **limited to 150 characters***

## YouTube

**Page Name**
Netgain Data Breach Settlement

**Page Handle**
@NetgainDataBreachSettlement

**Page Intro**

If you received a Netgain data breach notice between 04/2021 & 10/2022, you may be eligible. Visit the website to learn more and file a claim.



**Disclaimer**
*While Élan researches and plans creative and copy around platform restrictions, guidelines are subject to change. Therefore, all imagery, video, and copy are subject to change in order to satisfy the rules and regulations imposed by the applicable platform. This includes, but is not limited to, character limitations, character restrictions, imagery restrictions, etc.*



11



# Spanish

# Ad Designs **Display**

Ad Copy:

¿Recibió una notificación de fuga de datos de un proveedor médico o empresa de contabilidad entre abril de 2021 y octubre de 2022 que hiciera referencia a una violación de datos de Netgain? Si es así, puede optar a una indemnización en el marco de una demanda colectiva.

Presente una reclamación hoy mismo







**Disclaimer**
*While Élan researches and plans creative and copy around platform restrictions, guidelines are subject to change. Therefore, all imagery, video, and copy are subject to change in order to satisfy the rules and regulations imposed by the applicable platform. This includes, but is not limited to, character limitations, character restrictions, imagery restrictions, etc.*



13

# Ad Designs **Meta**

The images below reflect the various frames of the original video asset.






**View Original Video Ad**

**View Refresh Video Ad**





**Disclaimer**
*While Élan researches and plans creative and copy around platform restrictions, guidelines are subject to change. Therefore, all imagery, video, and copy are subject to change in order to satisfy the rules and regulations imposed by the applicable platform. This includes, but is not limited to, character limitations, character restrictions, imagery restrictions, etc.*

14

# Ad Designs  YouTube

## Full Video



**View Original Video Ad**    **View Refresh Video Ad**



**Disclaimer**
*Creative and copy is created and planned around platform restrictions, guidelines are subject to change. Therefore, all imagery, video, and copy are subject to change in order to satisfy the rules and regulations imposed by the applicable platform. This includes, but is not limited to, character limitations, character restrictions, imagery restrictions, etc.*

15

# Paid Search

16

# Paid Search

Below is a sample of what the Google and Bing Paid Search advertising will look like for this class action campaign.

Google and Bing's AI can serve the headlines provided in any combination and will optimize toward high-performing headlines. The descriptions provided are "pinned" - meaning Google or Bing will only serve **Description A** in position 1. If Google or Bing serves a second description, **Description B will only show in position 2. Sitelink extensions will change based on page availability on the class action website.**

## Text Length Limits

| Field | Max length |
|---|---|
| Headline | 30 characters |
| Description | 90 characters |



## Headlines

| | |
|---|---|
| Meier v. Netgain Technology   27 / 30 | Medical Clinic Data Breach   26 / 30 |
| Netgain Data Breach   19 / 30 | |
| PII Data Breach Lawsuit   23 / 30 | |
| Accounting Firm Data Breach   27 / 30 | |

## Descriptions

**A**  If You Received a Data Breach Notice between 04/2021 & 10/2022, You May Be Eligible.   82 / 90   📌 1

**B**  Meier v. Netgain Technology, LLC.   33 / 90   📌 2

Ad  www.netgainclassactionsettlement.com 888-678-2591

### Meier v. Netgain Technology | PII Data Breach Lawsuit

If You Received A Data Breach Notification Between 04/2021 & 10/2022, You May Be Eligible. Meier v. Netgain Technology, LLC.

Important Dates

Court Documents

FAQs

# Paid Search

Below is a sample of what the Google and Bing Paid Search advertising will look like for this class action campaign.

Google and Bing's AI can serve the headlines provided in any combination and will optimize toward high-performing headlines. The descriptions provided are "pinned" - meaning Google or Bing will only serve **Description A** in position 1. If Google or Bing serves a second description, **Description B will only show in position 2. Sitelink extensions will change based on page availability on the class action website.**

## Text Length Limits

| Field | Max length |
|---|---|
| Headline | 30 characters |
| Description | 90 characters |

## Headlines

| | |
|---|---|
| Meier v. Netgain Technology | 27 / 30 |
| Fuga de datos de Netgain | 24 / 30 |
| Demanda por fuga de datos PII | 29 / 30 |

## Descriptions

| | | |
|---|---|---|
| A | Si recibió un aviso de fuga de datos entre el 04/2021 & 10/2022, puede ser elegible. | 82 / 90  📌 1 |
| B | Meier v. Netgain Technology, LLC. | 33 / 90  📌 2 |



Ad  www.netgainclassactionsettlement.com 888-678-2591

**Meier v. Netgain Technology | Demanda por fuga de datos PII**

Si recibió un aviso de fuga de datos entre el 04/2021 & 10/2022, puede ser elegible. Meier v. Netgain Technology, LLC.

Fechas importantes

Documentos judiciales

Contáctenos



ÉLAN



# Contact

**Jessica Fillmore, Co-Founder**
**Phone**
+1 (651) 239-5511
**E-mail**
J.Fillmore@ElanTeams.com

**Alexander Stephens, Director**
**Phone**
+1 (612) 860-9062
**E-mail**
A.Stephens@ElanTeams.com

© 2024 Élan™. All rights reserved.

# EXHIBIT D

Did you receive a data breach notice from a medical provider or accounting firm between April 2021 and October 2022 that referenced a data breach experienced by Netgain? If so, you may be eligible for compensation from a class action settlement



News provided by

**CPT Group, Inc.**

Jun 19, 2025, 12:13 ET

**Announced by CPT Group, Inc.**

IRVINE, Calif., June 19, 2025 /PRNewswire/ -- CPT Group, Inc., announces a proposed class action settlement in *In re Netgain Technology, LLC, Consumer Data Breach Litigation*, Case No. 21-cv-1210 (SRN/LIB), United States District Court District of Minnesota.

**What is this about?** Plaintiffs allege that the data incident occurred between September 2020 and November 2020 when an unauthorized individual accessed Netgain Technology, LLC's ("Netgain") computer systems and accessed certain personal or health-related information, which Netgain stored on behalf of other businesses, including healthcare providers and accounting firms.

**Who is affected?** The Settlement Class consists of all individuals who reside in the United States and who potentially had their personal or health-related information disclosed to an unauthorized third party between September 2020 and November 2020 in the course of a databreach experienced by Netgain.

**What does the Settlement provide?** Netgain has agreed to pay $1,900,000.00 (the "Settlement Fund") to settle the class action. Class Members who submit a valid claim may receive either: (a) payment for documented out of pocket losses of up to $5000, and/or payment of up to $75.00 for three hours of attested time spent attributable to the data breach subject to the maximum cap of $5,000 or (b) a flat cash payment equal to a pro rata share of all funds left in the Settlement Fund after the payment of notice and

administration, documented loss claims, attorneys' fees and expenses, and class representative service awards.

**How do I file a claim?** You must complete and submit a Claim Form, either online or via U.S. Mail by September 17, 2025. Claim Forms are available for download and online submission at **www.NetgainClassActionSettlement.com**.

**What are my other options?** You can do nothing, exclude yourself, or object to the Settlement.

Do Nothing: If you do nothing You will not receive Settlement benefits, but you will still be bound by the Settlement.

Exclude Yourself: If you exclude yourself, you will receive no Settlement benefits, but you will retain any legal claims you may have against Netgain and Netgain's business customers whose stored data was compromised in the data breach. Requests for Exclusion ("Opt-Outs") must be sent to the Settlement Administrator no later than September 2, 2025.

Object: If you do not exclude yourself from the Settlement, you may submit an objection stating why you do not like the Settlement. To object, you must provide timely written notice of your objection to the Settlement Administrator as provided below no later than September 2, 2025.

**What happens next?** The Court will hold a hearing on October 30, 2025 at 9:30 a.m. central time to consider final approval of the Settlement, any requested award of attorney's fees and expenses and class representative service awards. You may attend the It hearing at your own expense, or you may pay your own lawyer to attend, but it is not necessary.

**How do I get more information?** For more information, and to view the Long Form Notice, Claim Form, a copy of the Settlement Agreement with a list of the affected medical clinics and accounting firms, and other case -related documents, go to **www.NetgainClassActionSettlement.com**. You may also contact the Settlement Administrator toll-free at 1-888-678-2591, by email at **NetgainClassActionSettlement@cptgroup.com** or by writing to Netgain Technology, LLC, Consumer Data Breach Litigation, c/o CPT Group, Inc., 50 Corporate Park, Irvine, CA 92606.

**PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK'S OFFICE**

SOURCE CPT Group, Inc.

¿Recibió una notificación de violación de datos de un proveedor médico o firma de contabilidad entre abril de 2021 y octubre de 2022 que hiciera referencia a una violación de datos experimentada por Netgain? Si es así, puede ser elegible para una compensación de un acuerdo de demanda colectiva



---

News provided by

**CPT Group, Inc.**

Jun 19, 2025, 12:13 ET

---

**Anunciado por CPT Group, Inc.**

 IRVINE, Calif., 19 de junio de 2025 /PRNewswire-HISPANIC PR WIRE/ -- CPT Group, Inc., anuncia una propuesta de acuerdo de demanda colectiva en *In re Netgain Technology, LLC, Consumer Data Breach Litigation*, Case No. 21-cv-1210 (SRN/LIB), United States District Court District of Minnesota.

 **¿De qué se trata?** Los Demandantes alegan que el incidente de datos ocurrió entre septiembre de 2020 y noviembre de 2020 cuando una persona no autorizada accedió a los sistemas informáticos de Netgain Technology, LLC ("Netgain") y accedió a cierta información personal o relacionada con la salud, que Netgain almacenó en nombre de otras empresas, incluidos proveedores de atención médica y firmas de contabilidad.

**¿Quién se ve afectado?** La Clase del Acuerdo consiste en todas las personas que residen en los Estados Unidos y que potencialmente tuvieron su información personal o relacionada con la salud divulgada a un tercero no autorizado entre septiembre de 2020 y noviembre de 2020 en el curso de un acceso a la base de datos experimentado por Netgain.

**¿Qué ofrece el acuerdo?** Netgain ha acordado pagar $ 1,900,000.00 (el "Fondo del Acuerdo") para resolver la demanda colectiva. Los Miembros de la Clase que presenten una reclamación válida pueden recibir: (a) un pago por pérdidas documentadas de bolsillo de hasta $ 5000, y/o un pago de hasta $ 75.00 por tres horas de tiempo atestiguado

atribuible a la violación de datos sujeto al límite máximo de $ 5,000 o (b) un pago fijo en efectivo igual a una parte prorrateada de todos los fondos que queden en el Fondo del Acuerdo después del pago de la notificación y la administración, las reclamaciones de pérdidas documentadas, los honorarios y gastos de abogados y las adjudicaciones de servicios representativos de la clase.

**¿Cómo presento una reclamación?** Debe completar y enviar un Formulario de Reclamación, ya sea en línea o por correo postal de los EE. UU. antes del 17 de septiembre de 2025. Los formularios de reclamación están disponibles para su descarga y envío en línea en **www.NetgainClassActionSettlement.com** .

**¿Cuáles son mis otras opciones?** No puede hacer nada, excluirse u oponerse al Acuerdo.

No hacer nada: si no hace nada, no recibirá los beneficios del Acuerdo, pero seguirá estando obligado por el Acuerdo.

Excluirse: si se excluye, no recibirá ningún beneficio del Acuerdo, pero conservará cualquier reclamación legal que pueda tener contra Netgain y los clientes comerciales de Netgain cuyos datos almacenados se hayan visto comprometidos en la violación de datos. Las solicitudes de exclusión ("Exclusiones") deben enviarse al Administrador del Acuerdo a más tardar el 2 de septiembre de 2025.

Objeción: si no se excluye del Acuerdo, puede presentar una objeción indicando por qué no le gusta el Acuerdo. Para objetar, debe notificar oportunamente por escrito su objeción al Administrador del Acuerdo como se indica a continuación a más tardar el 2 de septiembre de 2025.

**¿Y ahora qué?** El Tribunal celebrará una audiencia el 30 de octubre de 2025 a las 9:30 a.m. hora central para considerar la aprobación final del Acuerdo, cualquier adjudicación solicitada de honorarios y gastos de abogados y adjudicaciones de servicios representativos de la clase. Puede asistir a la audiencia por su propia cuenta, o puede pagar a su propio abogado para que asista, pero no es necesario.

**¿Cómo puedo obtener más información?** Para obtener más información y ver el Aviso de formulario largo, el Formulario de reclamación, una copia del Acuerdo de conciliación con una lista de las clínicas médicas y firmas de contabilidad afectadas, y otros documentos relacionados con el caso, visite **www.NetgainClassActionSettlement.com**. También puede comunicarse con el Administrador del Acuerdo al número gratuito 1-888-678-2591, por correo electrónico a **NetgainClassActionSettlement@cptgroup.com** o escribiendo a Netgain Technology, LLC, Consumer Data Breach Litigation, c/o CPT Group, Inc., 50 Corporate Park, Irvine, CA 92606.

**NO SE PONGA EN CONTACTO CON EL TRIBUNAL NI CON LA OFICINA DEL SECRETARIO JUDICIAL**

Logotipo - **https://mma.prnewswire.com/media/459712/CPT_Logo.jpg**

FUENTE CPT Group, Inc.