UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: NETGAIN TECHNOLOGY, LLC, CONSUMER DATA BREACH LITIGATION** | **Court File No. 21-cv-1210 (SRN/LIB)**<br><br>ORDER GRANTING CLASS COUNSEL'S APPLICATION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS |

The Court, having considered the Class Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards ("Attorneys' Fees Motion") [Doc. No. 132], all of the submissions and arguments with respect to the Attorneys' Fees Motion, and for good cause appearing,

**IT IS THEREFORE ORDERED**:

1. The Attorneys' Fees Motion [Doc. No. 132] is **GRANTED**;

2. Service awards to Class Representatives Misty Meier (o.b.o. her minor child G.C-M.), Jane Doe, Susan M. Reichert, Robert Smithburg, Thomas Lindsay and Robin Guertin ("Plaintiffs" or "Class Representatives") in the amount of $1,500.00 each are **APPROVED**;

3. Payment of reasonable attorneys' fees in the amount of $633,333,33 is **APPROVED;** and

4. Reimbursement of litigation expenses in the amount of $48,261.52 is **APPROVED.**

**IT IS SO ORDERED.**

November 3, 2025                                       <u>s/Susan Richard Nelson</u>
                                                       Susan Richard Nelson
                                                       United States District Judge